**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter    7

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | Gould Electric, Inc. | |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 95-3295294 | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| P.O. Box 504377 <br> San Diego, CA 92150-4377 <br> Number, Street, City, State & ZIP Code | |
| | P.O. Box, Number, Street, City, State & ZIP Code |
| San Diego <br> County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    www.gouldelect.com

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   Gould Electric, Inc.
                                                                          Case number (*if known*)
         Name

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | |
|---|---|---|---|---|
| District _____ | When _____ | Case number _____ | | |
| District _____ | When _____ | Case number _____ | | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | | | |
|---|---|---|---|
| Debtor _____ | | Relationship _____ | |
| District _____ | When _____ | Case number, if known _____ | |

Debtor    Gould Electric, Inc.                                          Case number (*if known*) _____
_____
Name

**11. Why is the case filed in this district?**    *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                            Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____

          Contact name _____

          Phone _____

███ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☑ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    Gould Electric, Inc.
_____    Case number (*if known*) _____
         Name

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    July 17, 2017
            _____
            MM / DD / YYYY

**X** /s/ Russell Thurman
_____
Signature of authorized representative of debtor

Title    CEO
_____

Russell Thurman
_____
Printed name

**18. Signature of attorney**

**X** /s/ Michael T. O'Halloran CLS-B
_____    Date    July 17, 2017
Signature of attorney for debtor                  _____
                                                   MM / DD / YYYY

Michael T. O'Halloran CLS-B
_____
Printed name

Law  Office of Michael T. O'Halloran
_____
Firm name

1010 Second Avenue, Suite 1727
San Diego, CA 92101-4908
_____
Number, Street, City, State & ZIP Code

Contact phone    619-233-1727        Email address    MTO@Debtsd.com

#99085
_____
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name    Gould Electric, Inc.

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an
   amended filing

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    July 17, 2017      **X** /s/ Russell Thurman
                                             Signature of individual signing on behalf of debtor

                                             Russell Thurman
                                             Printed name

                                             CEO
                                             Position or relationship to debtor

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>Gould Electric, Inc.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>SOUTHERN DISTRICT OF CALIFORNIA</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an
  amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                12/15

---

**Part 1:    Summary of Assets**

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*................................................................................................    $ _____0.00_

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................................    $ _____60,567.00_

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..............................................................................................    $ _____60,567.00_

---

**Part 2:    Summary of Liabilities**

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $ ____1,600,000.00_

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. Total claim amounts of priority unsecured claims:
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................    $ _____465.33_

    3b. Total amount of claims of nonpriority amount of unsecured claims:
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$ ____10,140,390.68_

4.    **Total liabilities** ....................................................................................................................
    Lines 2 + 3a + 3b    | $ ____11,740,856.01_ |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___Gould Electric, Inc.___

United States Bankruptcy Court for the: ___SOUTHERN DISTRICT OF CALIFORNIA___

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. Bank account at First Citizens Bank | Checking | 6891 | $3,200.00 |
| 3.2. Bank account at First Citizens Bank | Checking | 6875 | $30.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          $3,230.00

**Part 2:      Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☐ No.  Go to Part 3.
   ■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

   8.1. Storage unit rent paid through approximately June 2018.          $2,337.00

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    Gould Electric, Inc.                              Case number *(If known)* _____
_____
Name

9.    **Total of Part 2.**                                              | $2,337.00 |

Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11b. Over 90 days old:    1,750,000.00    -    1,700,000.00    =....    | $50,000.00 |
                          face amount              doubtful or uncollectible accounts

12.    **Total of Part 3.**                                              | $50,000.00 |

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.    Office furniture** | | | |
| **40.    Office fixtures** Used business equipment | $0.00 | Liquidation | $3,000.00 |
| **41.    Office equipment, including all computer equipment and communication systems equipment and software** Used office equipment and furniture | $0.00 | Liquidation | $2,000.00 |

Official Form 206A/B              Schedule A/B Assets - Real and Personal Property              page 2

Debtor   Gould Electric, Inc.                                        Case number *(If known)*
_____                                 _____
Name

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
      books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
      collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**                                                              | $5,000.00 |
      Add lines 39 through 42.  Copy the total to line 86.

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
      ■ No
      ☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ■ No.  Go to Part 9.
   ☐ Yes Fill in the information below.

| Part 9: | **Real property** |

54. **Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

| Part 11: | **All other assets** |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

Debtor    Gould Electric, Inc.                      Case number *(If known)* _____
         Name

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $3,230.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $2,337.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $50,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $60,567.00 | + 91b.   $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $60,567.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Russell Thurman |
| | First Name     Middle Name     Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                                   4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |
| Brief description: Line from *Schedule A/B*: | | ☐ _____ <br> ☐ 100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

        ☐ No

        ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

---

**Fill in this information to identify the case:**

Debtor name ___Gould Electric, Inc.___

United States Bankruptcy Court for the: ___SOUTHERN DISTRICT OF CALIFORNIA___

Case number (if known) _____

☐ Check if this is an
  amended filing

---

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
| --- | --- | --- | --- |

**2.1  Donn Lowrey**
Creditor's Name

c/o Philip Tencer Esq
12520 High Bluff Dr.    #240
San Diego, CA 92130
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
2017
**Last 4 digits of account number** ___

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
All assets of the Debtor

**Describe the lien**
UCC-1
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $1,600,000.00
Column B: $0.00

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $1,600,000.00

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
| --- | --- |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| | | |

---

| Fill in this information to identify the case: |
| --- |

Debtor name    Gould Electric, Inc.

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1**   Priority creditor's name and mailing address
E.D.D.
Bankruptcy Unit - MIC 92E
P.O. Box 826880
Sacramento, CA 94280

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$20.00**    Priority amount: **$20.00**

Date or dates debt was incurred
2017

Basis for the claim:
??? Any taxes

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

**2.2**   Priority creditor's name and mailing address
Franchise Tax Board
P.O. Box 1328
Ranch Cordova, CA 95741-1328

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$445.33**    Priority amount: **$0.00**

Date or dates debt was incurred
2017

Basis for the claim:
Tax

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

| Debtor | Gould Electric, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|
| | Internal Revenue Service | Check all that apply. | | |
| | Centralized Insolvency Op. | ☐ Contingent | | |
| | P.O. Box 7346 | ☐ Unliquidated | | |
| | Philadelphia, PA 19101-7346 | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| 2016-17 | Listed for notice |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No |
| | ☐ Yes |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|
| | State Board of Equalization | Check all that apply. | | |
| | P.O. Box 942879 | ☐ Contingent | | |
| | Sacramento, CA 94279-0001 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| 2017 | Taxes |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No |
| | ☐ Yes |

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|
| | 91 Express Lanes | ☐ Contingent | |
| | 2275 Sampson St.  #100 | ☐ Unliquidated | |
| | Corona, CA 92879 | ☐ Disputed | |
| | **Date(s) debt was incurred**  2017 | **Basis for the claim:**  Fees | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|
| | ABC Los Angeles/Ventura | ☐ Contingent | |
| | 12979 Arroyo Ave. | ☐ Unliquidated | |
| | San Fernando, CA 91340 | ☐ Disputed | |
| | **Date(s) debt was incurred**  2017 | **Basis for the claim:**  Dues | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|
| | ABC So Cal | ☐ Contingent | |
| | 1400 N. Kellogg Dr.   #A | ☐ Unliquidated | |
| | Anaheim, CA 92807 | ☐ Disputed | |
| | **Date(s) debt was incurred**  2017 | **Basis for the claim:**  Dues | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | Gould Electric, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.4** Nonpriority creditor's name and mailing address
ABC/Membership Fee
13825 Kirkham Way
Poway, CA 92064

Date(s) debt was incurred  2017

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Fees

Is the claim subject to offset? ■ No  ☐ Yes

$6,050.00

---

**3.5** Nonpriority creditor's name and mailing address
ABM Electrical Power Services
PO BOX 75401
BALTIMORE, MD 21275

Date(s) debt was incurred  2017

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset? ■ No  ☐ Yes

$11,960.00

---

**3.6** Nonpriority creditor's name and mailing address
ACCOUNTING PRINCIPALS

PALANTINE, IL 60055

Date(s) debt was incurred  2017

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

Is the claim subject to offset? ■ No  ☐ Yes

$4,174.14

---

**3.7** Nonpriority creditor's name and mailing address
Action Concrete Pumping
14037 Poway Rd
Poway, CA 92064

Date(s) debt was incurred  2017

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pumping

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.8** Nonpriority creditor's name and mailing address
Acton Mobile Industries
PO Box 758689
Baltimore, MD 21205

Date(s) debt was incurred  2017

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Material

Is the claim subject to offset? ■ No  ☐ Yes

$2,497.34

---

**3.9** Nonpriority creditor's name and mailing address
Advantage Backhoes
P.O. Box 647
Crestline, CA 92325

Date(s) debt was incurred  2017

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Backhoe service

Is the claim subject to offset? ■ No  ☐ Yes

$119,265.87

---

**3.10** Nonpriority creditor's name and mailing address
Ahern Rentals
PO Box 271390
Las Vegas, NV 89127-1390

Date(s) debt was incurred  2016-17

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Rent

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

| Debtor | Gould Electric, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.11** Nonpriority creditor's name and mailing address
All Access Rentals SD
3364 Helix St.
Spring Valley, CA 91977

Date(s) debt was incurred  2017
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.12** Nonpriority creditor's name and mailing address
All Star Glass
1845 Morena Boulevard
San Diego, CA 92110

Date(s) debt was incurred  2017
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Material

Is the claim subject to offset? ■ No ☐ Yes

$591.37

---

**3.13** Nonpriority creditor's name and mailing address
Allen Maxwell Silver
P.O. Box 540
Fair Lawn, NJ 07410

Date(s) debt was incurred  2017
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Collection company

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.14** Nonpriority creditor's name and mailing address
ANB Excavation and Engineering
774 N. Twin Oaks Valley Road
Suite A
San Marcos, CA 92069

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Subcontractor

Is the claim subject to offset? ■ No ☐ Yes

$11,362.58

---

**3.15** Nonpriority creditor's name and mailing address
ARC Document Solutions, LLC
345 Clinton Street
Costa Mesa, CA 92626

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Printing

Is the claim subject to offset? ■ No ☐ Yes

$615.26

---

**3.16** Nonpriority creditor's name and mailing address
ART Locating
910 Loma Court
El Cajon, CA 92020

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

Is the claim subject to offset? ■ No ☐ Yes

$3,237.50

---

**3.17** Nonpriority creditor's name and mailing address
ASAP Engravers
2026 Alegria Drive
El Cajon, CA 92021

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Engraving

Is the claim subject to offset? ■ No ☐ Yes

$672.50

| Debtor | Gould Electric, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,050.00 |
|---|---|---|---|

**3.18**

Nonpriority creditor's name and mailing address
Assoc. Building Contractors
1400 Kellogg Dr.
Anaheim, CA 92807

Date(s) debt was incurred  2016-17

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Fees

Is the claim subject to offset? ■ No ☐ Yes

$6,050.00

---

**3.19**

Nonpriority creditor's name and mailing address
AT&T Mobility 287270984234
PO Box 6463
Carol Stream, IL 90197-6463

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Utility services

Is the claim subject to offset? ■ No ☐ Yes

$62.32

---

**3.20**

Nonpriority creditor's name and mailing address
Audio Associates of San Diego
1497 Jayken Way
Chula Vista, CA 91911

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Subcontractor

Is the claim subject to offset? ■ No ☐ Yes

$11,014.32

---

**3.21**

Nonpriority creditor's name and mailing address
Balfour Beatty Constr. LLC
10620 Treena St. #300
San Diego, CA 92131

Date(s) debt was incurred  2017

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Listed for notice

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.22**

Nonpriority creditor's name and mailing address
Balfour Beatty irvine
2 Park Plaza Suite 1000
Irvine, CA 92614

Date(s) debt was incurred  2017

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  General contractor - Listed for notice

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.23**

Nonpriority creditor's name and mailing address
Bay City Electric Works
P.O. Box 32993
Phoenix, AZ 85064

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset? ■ No ☐ Yes

$7,814.20

---

**3.24**

Nonpriority creditor's name and mailing address
Bert's Office Trailers
1143 E. Main Street
El Cajon, CA 92021

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Rent

Is the claim subject to offset? ■ No ☐ Yes

$630.33

---

| Debtor | Gould Electric, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.25**

**Nonpriority creditor's name and mailing address**
BEST BEST & KRIEGER, LLP
PO BOX 1028
RIVERSIDE, CA 92502

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Legal fees

Is the claim subject to offset? ■ No ☐ Yes

$3,156.92

---

**3.26**

**Nonpriority creditor's name and mailing address**
BMW Financial Services
PO Box 78066
Phoenix, AZ 85062

**Date(s) debt was incurred**  2016

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Lease

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.27**

**Nonpriority creditor's name and mailing address**
Brewer Crane & Rigging
12570 Highway 67
Lakeside, CA 92040

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Subcontractor

Is the claim subject to offset? ■ No ☐ Yes

$1,281.00

---

**3.28**

**Nonpriority creditor's name and mailing address**
Brookprinter Dev. LLC.
1987 Belmore Court
El Cajon, CA 92020

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Listed for notice

Is the claim subject to offset? ■ No ☐ Yes

$17,958.90

---

**3.29**

**Nonpriority creditor's name and mailing address**
C2 Imaging
3180 Pullman Street
Costa Mesa, CA 09226

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services

Is the claim subject to offset? ■ No ☐ Yes

$2,867.70

---

**3.30**

**Nonpriority creditor's name and mailing address**
CAL MET SERVICES, INC
P.O. BOX 227
PARAMOUNT, CA 90723

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services

Is the claim subject to offset? ■ No ☐ Yes

$519.24

---

**3.31**

**Nonpriority creditor's name and mailing address**
Cal-Duct Inc.
PO Box 520
2625 South Lilac Avenue
Bloomington, CA 92316

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

Is the claim subject to offset? ■ No ☐ Yes

$183.62

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Gould Electric, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.32 | **Nonpriority creditor's name and mailing address**<br>California SpecialtyInsulation<br>1940 S Grove Avenue<br>Ontario, CA 91761 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,560.30 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Subcontractor | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.33 | **Nonpriority creditor's name and mailing address**<br>CARNIE PRODUCTS, LLC<br>4871 S. CARSON STREET<br>AURORA, CO 80015 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,402.34 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Vendor | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.34 | **Nonpriority creditor's name and mailing address**<br>CASTON, INC<br>354 S. ALLEN STREET<br>SAN BERNARDINO, CA 92408 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $24,344.06 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Subcontractor | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.35 | **Nonpriority creditor's name and mailing address**<br>CBIONE<br>2490 Grand Avenue<br>Vista, CA 92081 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,370.68 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  IT services | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.36 | **Nonpriority creditor's name and mailing address**<br>CDW Direct<br>PO Box 75723<br>Chicago, IL 60675-5723 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,182.02 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Equipment | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.37 | **Nonpriority creditor's name and mailing address**<br>CED<br>PO Box 509079<br>San Diego, CA 92150 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $450,901.60 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Vendor | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.38 | **Nonpriority creditor's name and mailing address**<br>Cement Cutting, Inc.<br>3610 Hancock St.<br>San Diego, CA 92110 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,992.80 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Subcontractor | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     

| Debtor | Gould Electric, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.39**

**Nonpriority creditor's name and mailing address**
CEMEX
PO BOX 100497
PASADENA, CA 91189-0497

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset? ■ No ☐ Yes

$3,499.27

---

**3.40**

**Nonpriority creditor's name and mailing address**
Channel Islands Excavation
1205 Country Club Drive
Ojai, CA 93023

Date(s) debt was incurred  2017

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Subcontractor

Is the claim subject to offset? ■ No ☐ Yes

$12,000.00

---

**3.41**

**Nonpriority creditor's name and mailing address**
Chase
P.O. Box 94014
Palatine, IL 60094-4014

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit card debt

Is the claim subject to offset? ■ No ☐ Yes

$8,148.73

---

**3.42**

**Nonpriority creditor's name and mailing address**
City of Palm Desert
73510 Fred Waring Drive
Palm Desert, CA 92260-2578

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Fees

Is the claim subject to offset? ■ No ☐ Yes

$76.00

---

**3.43**

**Nonpriority creditor's name and mailing address**
City of Poway
PO BOX 789
Poway, CA 92074

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Fees

Is the claim subject to offset? ■ No ☐ Yes

$117.00

---

**3.44**

**Nonpriority creditor's name and mailing address**
CleanNet of Southern CA Inc.
9861 Broken Land Pkwy, Ste 208
Columbia, MD 21046

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

Is the claim subject to offset? ■ No ☐ Yes

$510.00

---

**3.45**

**Nonpriority creditor's name and mailing address**
Com-Sec Incorporated
PO Box. 1852
Hayden, ID 83835

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Subcontractor

Is the claim subject to offset? ■ No ☐ Yes

$45,525.31

---

Debtor   Gould Electric, Inc.
_____       Case number (if known) _____
         Name

| | | |
|---|---|---|
| 3.46 | **Nonpriority creditor's name and mailing address** | $200.00 |
| | Conner Networks Inc. | |
| | 7007 Mission Gorge Rd | |
| | Suite 205 | |
| | San Diego, CA 92120 | |

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.47 | **Nonpriority creditor's name and mailing address** | $27.94 |
| | Construction Document Services | |
| | 1406 La Plaza Dr | |
| | San Marcos, CA 92078 | |

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Plans

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.48 | **Nonpriority creditor's name and mailing address** | $547.87 |
| | Costco Wholesale Business | |
| | P.O. Box 5219 | |
| | Carol Stream, IL 60197-5219 | |

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Supplies

Date(s) debt was incurred  2017

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.49 | **Nonpriority creditor's name and mailing address** | $41.20 |
| | Culligan of Escondido | |
| | P.O. Box 2903 | |
| | Wichita, KS 67201-2903 | |

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Water

Date(s) debt was incurred  2017

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.50 | **Nonpriority creditor's name and mailing address** | Unknown |
| | CW Driver | |
| | 7588 Metropolitan Dr. | |
| | San Diego, CA 92108 | |

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  General contractor

Date(s) debt was incurred  2017

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.51 | **Nonpriority creditor's name and mailing address** | Unknown |
| | CW Driver LLC | |
| | 11879 Sebastian Way  #101 | |
| | Rancho Cucamonga, CA 91730 | |

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  General contractor

Date(s) debt was incurred  2017

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.52 | **Nonpriority creditor's name and mailing address** | $168.18 |
| | Dell Business Credit | |
| | PO BOX 5275 | |
| | CAROL STREAM, IL 60197-5275 | |

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Office gear

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Gould Electric, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $477.00 |
|---|---|---|---|

Dept of Motor Vehicles
PO Box 942894
Sacramento, CA 94294-0894

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2017

**Basis for the claim:**  Fees

**Last 4 digits of account number**  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,474.00 |
|---|---|---|---|

Diamond Power, Inc.
807 E. Mission Road
San Marcos, CA 92069

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  _

**Basis for the claim:**  Subcontractor

**Last 4 digits of account number**  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $513,815.32 |
|---|---|---|---|

Digital Networks Group, Inc.
20382 Hermana Circle
Lake Forest, CA 92630

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  _

**Basis for the claim:**  Subcontractor

**Last 4 digits of account number**  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $43,561.82 |
|---|---|---|---|

Digital Technologies, Inc.
760 S Rochester Ave., Unit E
Ontario, CA 91761

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  _

**Basis for the claim:**  Subcontractor

**Last 4 digits of account number**  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,560.04 |
|---|---|---|---|

Draco Trucks & Equipment, Inc.
7424 Mission Gorge Rd.
San Diego, CA 92120

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  _

**Basis for the claim:**  Services

**Last 4 digits of account number**  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $47,665.89 |
|---|---|---|---|

Eaton Corporation
PO Box 100193
Pasadena, CA 91189-0193

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  _

**Basis for the claim:**  Vendor

**Last 4 digits of account number**  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Echo Pacific Construction
2615 Auto Park Way
Escondido, CA 92029

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2017

**Basis for the claim:**  General contractor

**Last 4 digits of account number**  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Gould Electric, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $434.48

EDCO
P. O. Box 5488
Buena Park, CA 90622-5488

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim:  Vendor

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $138.11

Ehmcke Sheet Metal Corp
PO Box 13010
San Diego, CA 92170

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim:  Vendor

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,817.00

Electric Power Systems Int,Inc
7925 Dunbrook Road
Suite G
San Diego, CA 92126

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim:  Subcontractor

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $398.83

Elsinore Ready Mix Co., Inc.
P.O.BOX 959
Lake Elsinore, CA 92531-0959

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim:  Vendor

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.64** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,385.92

Enterprise Fleet Services
P.O. Box 800089
Kansas City, MO 64180-0089

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim:  Leases

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.65** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Erickson Demel & Co
7800 N. MoPac
Suite 105
Austin, TX 78759

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred  2017

Basis for the claim:  Services

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.66** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,200.00

eSafety Systems
11391 Sorrento Valley Road
San Diego, CA 92121

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim:  Software

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Gould Electric, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.67 | **Nonpriority creditor's name and mailing address**<br>Farmington Casualty Co<br>One Tower Square<br>Hartford, CT 06183 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown |
|---|---|---|---|
| | **Date(s) debt was incurred** _2017_ | **Basis for the claim:** _Codefendant_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.68 | **Nonpriority creditor's name and mailing address**<br>FedEx<br>P.O. Box 7221<br>Pasadena, CA 91109-7321 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $650.86 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Delivery_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.69 | **Nonpriority creditor's name and mailing address**<br>Finch, Thornton & Baird, LLP<br>4747 Executive Dr<br>San Diego, CA 92121 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Listed for notice_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.70 | **Nonpriority creditor's name and mailing address**<br>Gexpro - 795-5918073<br>PO Box 743448<br>Los Angeles, CA 90074-3448 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $75,156.44 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Vendor_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.71 | **Nonpriority creditor's name and mailing address**<br>Global Capacity<br>PO Box  39000<br>San Francisco, CA 94139-0001 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,693.80 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Services_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.72 | **Nonpriority creditor's name and mailing address**<br>Golden Office Trailers, Inc.<br>P.O. Box 669<br>Wildomar, CA 92595 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,059.48 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Rent_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.73 | **Nonpriority creditor's name and mailing address**<br>Grainger<br>8001 Raytheon Rd.<br>San Diego, CA 92111 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown |
|---|---|---|---|
| | **Date(s) debt was incurred** _2017_ | **Basis for the claim:** _Vendor_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    Gould Electric, Inc.
_____    Case number (if known) _____
          Name

| | | |
|---|---|---|
| 3.74 | **Nonpriority creditor's name and mailing address**<br>Grandpoint Bank<br>355 S. Grand Ave.  #2400<br>Los Angeles, CA 90071<br><br>**Date(s) debt was incurred** _2009_<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Listed for notice - successor to Regents Bank_<br><br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |
| 3.75 | **Nonpriority creditor's name and mailing address**<br>Graybar Electric Co.Inc.<br>8606 Miralani Drive<br>San Deigo, CA 92126-4353<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Vendor_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $344,508.79 |
| 3.76 | **Nonpriority creditor's name and mailing address**<br>Graybar Financial Services LLC<br>P.O. Box 742647<br>Cincinnati, OH 45274<br><br>**Date(s) debt was incurred** _2017_<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Lease for phones_<br><br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |
| 3.77 | **Nonpriority creditor's name and mailing address**<br>Greathouse Screen Printing<br>5644 Kearny Mesa Rd<br>Ste E<br>San Diego, CA 92111<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Printing_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $194.94 |
| 3.78 | **Nonpriority creditor's name and mailing address**<br>Green Lighting Wholesale<br>950 Taylor Station Road<br>Ste O<br>Gahanna, OH 43230<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Vendor_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $5,833.80 |
| 3.79 | **Nonpriority creditor's name and mailing address**<br>H.L. Moe Co, Inc<br>526 Commercial Street<br>Glendale, CA 91203<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Vendor_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $1,007.19 |
| 3.80 | **Nonpriority creditor's name and mailing address**<br>Hampton Tedder Tech Svc<br>4571 State St.<br>Montclair, CA 91763<br><br>**Date(s) debt was incurred** _2017_<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Services_<br><br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |

Debtor  Gould Electric, Inc.
_____     Case number (if known) _____
Name

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.81**

Nonpriority creditor's name and mailing address
Hartford
PO Box 2907
Hartford, CT 06104

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Insurance

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.82**

Nonpriority creditor's name and mailing address
Haul-Away Containers
P.O. Box 7183
Pasadena, CA 91109-7183

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Rent

Is the claim subject to offset? ■ No ☐ Yes

$6,199.12

---

**3.83**

Nonpriority creditor's name and mailing address
HC Integrated Systems, Inc.
1354 S. Parkside Place
Ontario, CA 91761

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Subcontractor

Is the claim subject to offset? ■ No ☐ Yes

$294,878.54

---

**3.84**

Nonpriority creditor's name and mailing address
HD Supply Construction
PO Box 6040
Cypress, CA 90630

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset? ■ No ☐ Yes

$18,188.69

---

**3.85**

Nonpriority creditor's name and mailing address
Hensel Phelps Construction
9404 Genesee Ave.  #140
La Jolla, CA 92037

Date(s) debt was incurred  2017
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  General Contractor

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.86**

Nonpriority creditor's name and mailing address
Hilti, Inc.
P.O. Box 382002
Pittsburgh, PA 15250-8002

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Tools

Is the claim subject to offset? ■ No ☐ Yes

$6,426.07

---

**3.87**

Nonpriority creditor's name and mailing address
Home Depot Credit Services
PO BOX 183175
Columbus, OH 43218-3175

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit card debt

Is the claim subject to offset? ■ No ☐ Yes

$4,146.73

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    Gould Electric, Inc.                                               Case number *(if known)*  _____
_____
Name

| 3.88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

IAW Construction
4401 Etiwanda Ave.  #C
Mira Loma, CA 91752

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  General contractor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $650.17 |
|---|---|---|---|

Industrial Metal Supply Co
8300 San Fernando Rd
Sun Valley, CA 91352

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Vendor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $275.00 |
|---|---|---|---|

Jan Pro of San Diego
4125 sorrento Valley Blvd
Ste E
San Diego, CA 92121

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Services

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $71.23 |
|---|---|---|---|

Jiffy Lube Fleet Services
PO Box 7247-6248
Philadelphia, PA 19170

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Maintenance

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $78,813.74 |
|---|---|---|---|

JJJ Enterprises
115 Market Place
Escondido, CA 92029

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Subcontractor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $59,305.05 |
|---|---|---|---|

Jobsite Supply Co.
4720 Mission Gorge Place
San Diego, CA 92120

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Vendor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $63,621.43 |
|---|---|---|---|

Karcher Interior Systems
675-F North Eckhoff Street
Orange, CA 92868

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Subcontractor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Gould Electric, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.95 | **Nonpriority creditor's name and mailing address**<br>Kerr Engineering & Sales, Inc.<br>27136 Paseo Espada<br>San Juan Capistrano, CA 92675<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Subcontractor_<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $871.90 |

| 3.96 | **Nonpriority creditor's name and mailing address**<br>Kimmel and Associates<br>25 Page Ave.<br>Asheville, NC 28801<br><br>**Date(s) debt was incurred** _2017_<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** _Lawsuit_<br><br>Is the claim subject to offset? ■ No  ☐ Yes | Unknown |

| 3.97 | **Nonpriority creditor's name and mailing address**<br>King Equipment LLC<br>1801 W Olympic Blvd<br>Pasadena, CA 91199-1707<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Rent_<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $42,084.21 |

| 3.98 | **Nonpriority creditor's name and mailing address**<br>Kitchell<br>853 Camino del Mar  #200<br>Del Mar, CA 92014<br><br>**Date(s) debt was incurred** _2017_<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _General contractor_<br><br>Is the claim subject to offset? ■ No  ☐ Yes | Unknown |

| 3.99 | **Nonpriority creditor's name and mailing address**<br>Kruse & Assoc<br>12245 World Trade Dr.  #A<br>San Diego, CA 92128<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Engineer_<br><br>Is the claim subject to offset? ■ No  ☐ Yes | Unknown |

| 3.100 | **Nonpriority creditor's name and mailing address**<br>LabCorp of America Holdings<br>P.O.Box 12140<br>Burlington, NC 27216-2140<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Services_<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $89.50 |

| 3.101 | **Nonpriority creditor's name and mailing address**<br>Bil Lefever<br>2268 Summit Dr.<br>Escondido, CA 92025<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Listed for notice_<br><br>Is the claim subject to offset? ■ No  ☐ Yes | Unknown |

Debtor    Gould Electric, Inc.                                    Case number (if known) _____
_____
Name

| 3.102 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $5,000,000.00 |
|---|---|---|---|

Liberty Mutual
PO Box 85834
San Diego, CA 92186-5834

**Date(s) debt was incurred** _2017_
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Surety_

Is the claim subject to offset? ■ No ☐ Yes

| 3.103 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Lusardi Builders
1570 Linda Vista Dr.
San Marcos, CA 92078

**Date(s) debt was incurred** _2017_
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _General Contractor_

Is the claim subject to offset? ■ No ☐ Yes

| 3.104 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,698.25 |
|---|---|---|---|

LVH Entertainment Systems
1600 Maxwell Drive
Ste 5
Hudson, WI 54016

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Subcontractor_

Is the claim subject to offset? ■ No ☐ Yes

| 3.105 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,133,944.41 |
|---|---|---|---|

Main Electric Supply Co
3600 W. Segerstrom Ave.
Santa Ana, CA 92704

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Vendor_

Is the claim subject to offset? ■ No ☐ Yes

| 3.106 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $797.38 |
|---|---|---|---|

Mallory Safety and Supply, LLC
1040 Industrial Way
Longview, WA 98632

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Vendor_

Is the claim subject to offset? ■ No ☐ Yes

| 3.107 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $34,837.00 |
|---|---|---|---|

Maloney & Associates
Insurance Services
435 West Grand Ave
Escondido, CA 92025

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Bonding agent_

Is the claim subject to offset? ■ No ☐ Yes

| 3.108 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $18,268.81 |
|---|---|---|---|

Mason West, Inc.
1601 E. Miraloma Ave.
Placentia, CA 92870

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Subcontractor_

Is the claim subject to offset? ■ No ☐ Yes

Debtor   Gould Electric, Inc.                                          Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| **3.109** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $1,900.00 |
| | Material Management Software | ☐ Contingent |
| | PO BOX 170434 | ☐ Unliquidated |
| | AUSTIN, TX 78717 | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Software |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| **3.110** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* Unknown |
| | MATT  Construction | ☐ Contingent |
| | 9814 Norwalk Bl  #100 | ☐ Unliquidated |
| | Santa Fe Springs, CA 90670 | ☐ Disputed |
| | **Date(s) debt was incurred**  2017 | **Basis for the claim:**  General contractor |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| **3.111** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* Unknown |
| | McCarthy Building Co Inc | ☐ Contingent |
| | 665 San Rolodfo Dr.  #124 | ☐ Unliquidated |
| | Solana Beach, CA 92075 | ☐ Disputed |
| | **Date(s) debt was incurred**  2017 | **Basis for the claim:**  Codefendant |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| **3.112** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $3,249.97 |
| | McKinley Elevator Corporation | ☐ Contingent |
| | 17811 Armstrong Avenue | ☐ Unliquidated |
| | Irvine, CA 92614 | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Subcontractor |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| **3.113** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $692.73 |
| | McMaster-Carr | ☐ Contingent |
| | PO BOX 7690 | ☐ Unliquidated |
| | CHICAGO, IL 60680-7690 | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Vendor |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| **3.114** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* Unknown |
| | John and Eileen Meyers | ☐ Contingent |
| | P.O. Box 504377 | ■ Unliquidated |
| | San Diego, CA 92150 | ☐ Disputed |
| | **Date(s) debt was incurred**  2013 | **Basis for the claim:**  Guarantees |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| **3.115** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $209.50 |
| | Monosystems, Inc. | ☐ Contingent |
| | 4 International Dr. | ☐ Unliquidated |
| | Rye Brook, NY 10573 | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Vendor |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes |

| Debtor | Gould Electric, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.116** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $186,267.77

National Eleric Works, Inc.
4440 Rainier Ave
Suite 101
San Diego, CA 92120

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Subcontractor__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.117** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $196.05

Neopost Inc.
PO Box 30193
Tampa, FL 33630-3193

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Lease__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.118** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,571.21

Noel Business Park
10630 Humbolt Street
Los Alamitos, CA 90720

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Rent__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.119** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,907.18

Northern Tool and Equipment
P.O. Box 105525
Atlanta, GA 30348-5525

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Vendor__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.120** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $41.00

Occupational Health Cnt. of SD
P.O. Box 3700
Rancho Cucamonga, CA 91729-3700

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Fees__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.121** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $33,727.50

Oldcastle Precast Utility Vaul
P.O. Box 742387
Los Angeles, CA 90074-2387

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Vendor__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.122** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $295.00

On Site Laser, LLC
12335 World Trade Dr
Ste#8
San Diego, CA 92128

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Vendor__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com |

Debtor    Gould Electric, Inc.
_____    Case number (if known) _____
          Name

| 3.123 | **Nonpriority creditor's name and mailing address**<br>On-Site Health & Safety<br>520 6th Street<br>Rodeo, CA 94572 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $349.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Services | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.124 | **Nonpriority creditor's name and mailing address**<br>Onlinesigns aka Reschke Graph<br>7794 Doug Hill Court<br>San Diego, CA 92127 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $436.32 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Vendor | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.125 | **Nonpriority creditor's name and mailing address**<br>Otay Mesa Sales, Inc.<br>1596 Radar Road<br>San Diego, CA 92154 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $6,053.59 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Rents | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.126 | **Nonpriority creditor's name and mailing address**<br>Otis Elevator Company<br>7111 E Ball Road, Suite 200<br>Anaheim, CA 92805 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $35,654.08 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Subcontractor | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.127 | **Nonpriority creditor's name and mailing address**<br>Palomar Mtn Spring Water<br>1270 W Mission Road<br>Escondido, CA 92029 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $288.42 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Vendor | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.128 | **Nonpriority creditor's name and mailing address**<br>Penhall Company<br>P.O. Box 842911<br>Los Angeles, CA 90084-2911 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $41,800.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Subcontractor | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.129 | **Nonpriority creditor's name and mailing address**<br>PlanGrid Inc<br>Dept LA 24390<br>Pasadena, CA 91185 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $708.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Plans | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Gould Electric, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.130** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown
---|---|---|---

Poway Auto Repair
13907 Poway Rd. #A
Poway, CA 92064

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2017_

**Last 4 digits of account number** _

**Basis for the claim:** _Services_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.131** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $847.50
---|---|---|---

Power Plus
1210 N. Red Gum St
Anaheim, CA 92806

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Subcontractor_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.132** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown
---|---|---|---

PrideStaff, Inc
PO Box 205287
Dallas, TX 75320-5287

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Temp service_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.133** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown
---|---|---|---

Professional Contractor Supply
P.O. Box 81976
Las Vegas, NV 89180-0455

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Vendor - listed for notice_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.134** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $10,133.50
---|---|---|---

R S Busch Construction
2342 Buffalo Ave
Ventura, CA 93003

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Subcontractor_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.135** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $888.24
---|---|---|---

R. K. Industries
1501 Virginia Ave.
Baldwin Park, CA 91706

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Vendor_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.136** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $177,567.04
---|---|---|---

R. M. Systems. Inc.
P.O. Box 4013
Orange, CA 92863-4013

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Subcontractor_

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  Gould Electric, Inc.
_____     Case number (if known)  _____
         Name

| 3.137 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,127.13 |
|---|---|---|---|

Ramtek, LLC
1382 Valencia Ave., Unit M
Tustin, CA 92780

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Subcontractor__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $21,585.00 |
|---|---|---|---|

RBTK LLP Certified Public Acct
4909 Murphy Canyon Rd #120
San Diego, CA 92123

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2016-17__

**Basis for the claim:** __Services__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $369.34 |
|---|---|---|---|

Ready Refresh by Nestle
P.O. Box 856158
Louisville, KY 40285-6158

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Vendor__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $18,526.47 |
|---|---|---|---|

Robertson's
P.O. Box 3600
Corona, CA 92878-3600

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Vendor__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,180.00 |
|---|---|---|---|

S&J Concrete Pumping Inc.
1630 W. Pelissier Road
Colton, CA 92324

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Services__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,300.00 |
|---|---|---|---|

SAFETY TACTICS INC
2541 GREENCASTLE COURT
OXNARD, CA 93035

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Vendor__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Sage Software
271 17th St. NW
Atlanta, GA 30362

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2017__

**Basis for the claim:** __Fees__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Gould Electric, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.144 | **Nonpriority creditor's name and mailing address**<br>Salesforce.com Inc.<br>P.O. Box 203141<br>Dallas, TX 75320<br>**Date(s) debt was incurred** _2017_<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _Fees_<br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |

| 3.145 | **Nonpriority creditor's name and mailing address**<br>SDCTTC<br>P.O. Box 129009<br>San Diego, CA 92112<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _Property taxes_<br>Is the claim subject to offset? ■ No ☐ Yes | $976.01 |

| 3.146 | **Nonpriority creditor's name and mailing address**<br>SDG&E<br>P.O. Box 129123<br>San Diego, CA 92112<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _Utility services_<br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |

| 3.147 | **Nonpriority creditor's name and mailing address**<br>Sheppard, Mullin,<br>333 SOUTH HOPE ST.<br>LOS ANGELES, CA 90071<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _Legal fees_<br>Is the claim subject to offset? ■ No ☐ Yes | $3,198.38 |

| 3.148 | **Nonpriority creditor's name and mailing address**<br>SimplexGrinnell<br>3568 Ruffin Road South<br>San Diego, CA 92123<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _Subcontractor_<br>Is the claim subject to offset? ■ No ☐ Yes | $91,287.79 |

| 3.149 | **Nonpriority creditor's name and mailing address**<br>SonicWall Service<br>P.O. Box 4902<br>San Jose, CA 95161<br>**Date(s) debt was incurred** _2017_<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _IT services_<br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |

| 3.150 | **Nonpriority creditor's name and mailing address**<br>Southern California Edison<br>8631 Rush Street<br>G-53<br>Rosemead, CA 91772-0001<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _Utility services_<br>Is the claim subject to offset? ■ No ☐ Yes | $365.86 |

| Debtor | Gould Electric, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.151 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $361.63 |
|---|---|---|---|

SpeedPro Imaging
6354 Riverdale Street
San Diego, CA 92120

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Vendor

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.152 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,098.96 |
|---|---|---|---|

Staples Business Advantage
P.O. Box 83689
Chicago, IL 60696-3689

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Supplies

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.153 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $388.44 |
|---|---|---|---|

Summit Equipment Rentals
33390 Bailey Park Blvd
Menifee, CA 92584

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Rent

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.154 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,484.43 |
|---|---|---|---|

Sunstate Equipment Co.
P.O. Box 52581
Phoenix, AZ 85072-2581

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Rents

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.155 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Swinerton Builders
16798 W. Bernardo Dr.
San Diego, CA 92127

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2016

**Last 4 digits of account number** _

**Basis for the claim:**  General contractor

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.156 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $100.00 |
|---|---|---|---|

TELDATA Ent. Networks
11491 Woodside Avenue
Santee, CA 92071

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  IT

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.157 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $33,910.69 |
|---|---|---|---|

Telenet VoIP Inc.
850 Parkview Drive North
El Segundo, CA 90245

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Subcontractor

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Gould Electric, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.158**

**Nonpriority creditor's name and mailing address**
TelePacific Communications
PO BOX 60767
LOS ANGELES, CA 90060-0767

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility services

Is the claim subject to offset? ■ No ☐ Yes

$144.77

---

**3.159**

**Nonpriority creditor's name and mailing address**
Terra Power Solutions
6082 Via Regla
San Diego, CA 92122

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Subcontractor

Is the claim subject to offset? ■ No ☐ Yes

$9,400.00

---

**3.160**

**Nonpriority creditor's name and mailing address**
The Brokerage
20261 SW Acacia ST.
#200
Newport Beach, CA 92660

**Date(s) debt was incurred** 2017

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Premium

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.161**

**Nonpriority creditor's name and mailing address**
The Crane Guys
14480 Alondra Bl.
La Mirada, CA 90638

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of contract

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.162**

**Nonpriority creditor's name and mailing address**
The Wooditch Co. Insurance
1 Park Plaza, #400
Irvine, CA 92614

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Premiums

Is the claim subject to offset? ■ No ☐ Yes

$9,794.00

---

**3.163**

**Nonpriority creditor's name and mailing address**
Russell and Cynthia Thurman
P.O. Box 504377
San Diego, CA 92150

**Date(s) debt was incurred** 2013

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantees

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.164**

**Nonpriority creditor's name and mailing address**
Tomarco Contractor Specialties
14848 Northam Street
La Mirada, CA 90638

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Is the claim subject to offset? ■ No ☐ Yes

$14,492.92

---

| Debtor | Gould Electric, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

TPX Communications
P.O. Box 36430
Las Vegas, NV 89133

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Utility services

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $331.47 |
|---|---|---|---|

Trade Service
13280 Evening Creek Drive S
Ste 200
San Diego, CA 92128

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Software

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Travelers Casualty and Surety
1 Tower Sq.
Hartford, CT 06183

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2017

**Basis for the claim:** Codefendant

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Trebor Shoring Rental
15303 Olde Hwy 80
El Cajon, CA 92021

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2017

**Basis for the claim:** Rent

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $164.26 |
|---|---|---|---|

Trench Shoring Co
636 East Rosecrans Ave
Los Angeles, CA 90059

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Rentals

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41,724.04 |
|---|---|---|---|

Trillium Construction
PO Box 67185
Detroit, MI 48267-1854

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Subcontractor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $64.00 |
|---|---|---|---|

U.S. Healthworks Medical Group
P.O.Box 50042
Los Angeles, CA 90074

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Premiums

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor   Gould Electric, Inc.
_____                Case number (if known) _____
            Name

| | |
|---|---|
| **3.172** | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
ULINE
2200 S. Lakeside Dr.
Waukegan, IL 60085

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.173**  **Nonpriority creditor's name and mailing address**
United Rentals Northwest, Inc.

Los Angeles, CA 90074-1122

Date(s) debt was incurred  2017

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Rent

Is the claim subject to offset? ■ No  ☐ Yes

$46,174.40

---

**3.174**  **Nonpriority creditor's name and mailing address**
United Site Services of CA Inc
PO Box 53267
Phoenix, AZ 85072-3267

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

Is the claim subject to offset? ■ No  ☐ Yes

$496.25

---

**3.175**  **Nonpriority creditor's name and mailing address**
US BANK EQUIPMENT FINANCE
P.O. Box 790448
St. Louis, MO 63179-0448

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Lease

Is the claim subject to offset? ■ No  ☐ Yes

$8,677.89

---

**3.176**  **Nonpriority creditor's name and mailing address**
US Concrete
2735 Cactus Road
San Diego, CA 92154

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset? ■ No  ☐ Yes

$4,094.50

---

**3.177**  **Nonpriority creditor's name and mailing address**
US Dept of Labor
550 W C St.  #990
San Diego, CA 92101

Date(s) debt was incurred  2017

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Audit

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.178**  **Nonpriority creditor's name and mailing address**
USI Consulting Group
95 Glastonbury Bl.  #102
Glastonbury, CT 06033

Date(s) debt was incurred _

Last 4 digits of account number  6300

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Insurance broker

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

Debtor    Gould Electric, Inc.
_____    Case number *(if known)*    _____
        Name

| | | |
|---|---|---|
| **3.179** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.179** **Nonpriority creditor's name and mailing address**
USI Insurance
333 Bridge ST.  NW
Suite 400
Grand Rapids, MI 49504

**Date(s) debt was incurred** _2017_
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Premium_

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.180** **Nonpriority creditor's name and mailing address**
Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Utility services_

Is the claim subject to offset? ■ No ☐ Yes

$5,713.43

---

**3.181** **Nonpriority creditor's name and mailing address**
VFC
P.O. Box 540445
North Salt Lake, UT 84054-0445

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Subcontractor_

Is the claim subject to offset? ■ No ☐ Yes

$11,161.95

---

**3.182** **Nonpriority creditor's name and mailing address**
Walters Wholesale Electric
P.O. Box 91929
Long Beach, CA 90809-1929

**Date(s) debt was incurred** _2017_
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Law suit_

Is the claim subject to offset? ■ No ☐ Yes

$677,054.89

---

**3.183** **Nonpriority creditor's name and mailing address**
Waste Management
PO Box 541065
Los Angeles, CA 90054-1065

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trash hauling_

Is the claim subject to offset? ■ No ☐ Yes

$861.84

---

**3.184** **Nonpriority creditor's name and mailing address**
WECA, Inc.
3695 Bleckely Street
Rancho Cordova, CA 95655-3330

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Breach of contract_

Is the claim subject to offset? ■ No ☐ Yes

$1,719.00

---

**3.185** **Nonpriority creditor's name and mailing address**
Wells Fargo Equipment Finance
P.O. Box 7777
San Francisco, CA 94120-7777

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Lease_

Is the claim subject to offset? ■ No ☐ Yes

$1,118.23

---

| Debtor | Gould Electric, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.186 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,289.69 |
|---|---|---|---|
| | West Coast Sand & Gravel, Inc. | ☐ Contingent | |
| | P.O. Box 5067 | ☐ Unliquidated | |
| | Buena Park, CA 90622 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Vendor | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.187 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,149.08 |
|---|---|---|---|
| | Westair Gases & Equipment | ☐ Contingent | |
| | PO Box 101420 | ☐ Unliquidated | |
| | Pasadena, CA 91189-1420 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Vendor | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.188 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $15,938.99 |
|---|---|---|---|
| | WEX Bank | ☐ Contingent | |
| | PO Box 6293 | ☐ Unliquidated | |
| | Carol Stream, IL 60197-6293 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Fuel | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 465.33 |
| **5b. Total claims from Part 2** | 5b. + | $ | 10,140,390.68 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 10,140,856.01 |

| Fill in this information to identify the case: |
|---|

Debtor name     Gould Electric, Inc.

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                   12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest | Phone lease |
|            State the term remaining | |
|            List the contract number of any government contract | Graybar Financial Services LLC<br>P.O. Box 742647<br>Cincinnati, OH 45274 |
| 2.2.    State what the contract or lease is for and the nature of the debtor's interest | Leased postage machine |
|            State the term remaining | |
|            List the contract number of any government contract | Neopost Inc.<br>PO Box 30193<br>Tampa, FL 33630-3193 |
| 2.3.    State what the contract or lease is for and the nature of the debtor's interest | Storage unit for business records and assets. |
|            State the term remaining | One year |
|            List the contract number of any government contract | Rancho Bernardo Self Storage<br>10905 Via Frontera<br>San Diego, CA 92127 |
| 2.4.    State what the contract or lease is for and the nature of the debtor's interest | Leased copier |
|            State the term remaining | |
|            List the contract number of any government contract | US BANK EQUIPMENT FINANCE<br>P.O. Box 790448<br>St. Louis, MO 63179-0448 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                            Best Case Bankruptcy

Debtor 1    Gould Electric, Inc.                                          Case number *(if known)*
_____                              _____
First Name         Middle Name         Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.5.    State what the contract or lease is for and the nature of the debtor's interest    Leased copiers

       State the term remaining

List the contract number of any government contract    _____    Wells Fargo Equipment Finance
P.O. Box 7777
San Francisco, CA 94120-7777

**Fill in this information to identify the case:**

Debtor name    Gould Electric, Inc.

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                                 12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | John and Eileen Meyers | San Diego, CA 92129 | Donn ~Lowrey | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | Russell and Cynthia Thurman | San Diego, CA 92127 | Donn ~Lowrey | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | Gould Electcric, Inc. |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF CALIFORNIA |
| Case number (If known) | |

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income
                                                                    12/15

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ☑ Employed ☐ Not employed | ☑ Employed ☐ Not employed |
| | Occupation | | |
| | Employer's name | | |
| | Employer's address | | |
| | How long employed there? | | |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $          0.00 | $          0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$          0.00 | +$          0.00 |
| 4. | **Calculate gross income.**  Add line 2 + line 3. | 4. | $          0.00 | $          0.00 |

Debtor 1    Gould Electric, Inc.                                                      Case number (*if known*)

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Copy line 4 here** | 4. | $            0.00 | $            0.00 |

**5.  List all payroll deductions:**

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $            0.00 | $            0.00 |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $            0.00 | $            0.00 |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $            0.00 | $            0.00 |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $            0.00 | $            0.00 |
| 5e. | **Insurance** | 5e. | $            0.00 | $            0.00 |
| 5f. | **Domestic support obligations** | 5f. | $            0.00 | $            0.00 |
| 5g. | **Union dues** | 5g. | $            0.00 | $            0.00 |
| 5h. | **Other deductions.** Specify: _____ | 5h.+ | $            0.00  + | $            0.00 |

| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $            0.00 | $            0.00 |
|---|---|---|---|---|
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $            0.00 | $            0.00 |

**8.  List all other income regularly received:**

| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $            0.00 | $            0.00 |
|---|---|---|---|---|
| 8b. | **Interest and dividends** | 8b. | $            0.00 | $            0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $            0.00 | $            0.00 |
| 8d. | **Unemployment compensation** | 8d. | $            0.00 | $            0.00 |
| 8e. | **Social Security** | 8e. | $            0.00 | $            0.00 |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $            0.00 | $            0.00 |
| 8g. | **Pension or retirement income** | 8g. | $            0.00 | $            0.00 |
| 8h. | **Other monthly income.** Specify: _____ | 8h.+ | $            0.00  + | $            0.00 |

| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $            0.00 | $            0.00 |
|---|---|---|---|---|
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $            0.00 + | $            0.00 = $            0.00 |

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____                                                                                            11.  +$            0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies                                                                                       12.  $            0.00

                                                                                                            **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☑ No.
☐ Yes. Explain: _____

Fill in this information to identify your case:

| Debtor 1 | Gould Electric, Inc. |
| --- | --- |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF CALIFORNIA |
| Case number (If known) | |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1.  **Is this a joint case?**

    ☑ No. Go to line 2.
    ☐ Yes. **Does Debtor 2 live in a separate household?**

       ☐ No
       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**    ☑ No

    Do not list Debtor 1 and Debtor 2.

    Do not state the dependents names.

    ☐ Yes. Fill out this information for each dependent..............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
| --- | --- | --- |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**

    ☑ No
    ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | **Your expenses** |
| --- | --- |

4.  **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.  **4.**  $ _____ 0.00

    **If not included in line 4:**

    4a.  Real estate taxes  **4a.**  $ _____ 0.00
    4b.  Property, homeowner's, or renter's insurance  **4b.**  $ _____ 0.00
    4c.  Home maintenance, repair, and upkeep expenses  **4c.**  $ _____ 0.00
    4d.  Homeowner's association or condominium dues  **4d.**  $ _____ 0.00

5.  **Additional mortgage payments for your residence,** such as home equity loans  **5.**  $ _____ 0.00

Debtor 1   Gould Electric, Inc.                                              Case number (if known) _____

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. Electricity, heat, natural gas | 6a. | $ | 0.00 |
| | 6b. Water, sewer, garbage collection | 6b. | $ | 0.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | 0.00 |
| | 6d. Other. Specify: | 6d. | $ | 0.00 |
| 7. | **Food and housekeeping supplies** | 7. | $ | 0.00 |
| 8. | **Childcare and children's education costs** | 8. | $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ | 0.00 |
| 10. | **Personal care products and services** | 10. | $ | 0.00 |
| 11. | **Medical and dental expenses** | 11. | $ | 0.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ | 0.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ | 0.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. Life insurance | 15a. | $ | 0.00 |
| | 15b. Health insurance | 15b. | $ | 0.00 |
| | 15c. Vehicle insurance | 15c. | $ | 0.00 |
| | 15d. Other insurance. Specify: | 15d. | $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | $ | |
| 17. | **Installment or lease payments:** | | | |
| | 17a. Car payments for Vehicle 1 | 17a. | $ | 0.00 |
| | 17b. Car payments for Vehicle 2 | 17b. | $ | 0.00 |
| | 17c. Other. Specify: | 17c. | $ | 0.00 |
| | 17d. Other. Specify: | 17d. | $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | $ | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. Mortgages on other property | 20a. | $ | 0.00 |
| | 20b. Real estate taxes | 20b. | $ | 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | $ | 0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | $ | 0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. | $ | 0.00 |
| 21. | **Other:** Specify: | 21. | +$ | 0.00 |

| | | | |
|---|---|---|---|
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | 0.00 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | $ | 0.00 |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 0.00 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | 0.00 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | 0.00 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.    Explain here: _____

**Fill in this information to identify the case:**

Debtor name    Gould Electric, Inc.

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date: From  1/01/2017 to Filing Date | ■ Operating a business<br>☐ Other _____ | $9,001,721.00 |
| For prior year: From  1/01/2016 to 12/31/2016 | ■ Operating a business<br>☐ Other _____ | $30,917,312.00 |
| For year before that: From  1/01/2015 to 12/31/2015 | ■ Operating a business<br>☐ Other _____ | $32,344,600.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

Debtor    Gould Electric, Inc. _____    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.    ABC So Cal 1400 N. Kellogg Dr.   #A Anaheim, CA 92807 | May/June 2017 | $16,703.00 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.2.    ABC So Cal 1400 N. Kellogg Dr.   #A Anaheim, CA 92807 | May/June 2017 | $11,508.00 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.3.    Bothwell International LLC. 5302 Alta Bahia Ct San Diego, CA 92109 | April/May 2017 | $12,506.00 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.4.    Brookprinter Dev. LLC. 1987 Belmore Court El Cajon, CA 92020 | May/June 2017 | $35,918.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other_Rent_ |
| 3.5.    Chase P.O. Box 94014 Palatine, IL 60094-4014 | April/May/June 2017 | $16,435.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other_Credit card_ |
| 3.6.    Finch,Thornton & Baird, LLP 4747 Executive Dr San Diego, CA 92121 | April/June 2017 | $50,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.7.    Law Office of MT O'Halloran 1010 Second Ave  Suite 1727 San Diego, CA 92101 | April 2017 | $18,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.8.    PrideStaff, Inc PO Box 205287 Dallas, TX 75320-5287 | April/May/June 2017 | $8,121.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |

Debtor    Gould Electric, Inc.                                        Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.9. Professional Contractor Supply<br>P.O. Box 81976<br>Las Vegas, NV 89180-0455 | April/June 2017 | $20,660.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.10. RBTK LLP Certified Public Acct<br>4909 Murphy Canyon Rd #120<br>San Diego, CA 92123 | May/June 2017 | $29,190.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.11. SimplexGrinnell<br>3568 Ruffin Road South<br>San Diego, CA 92123 | June 2017 | $12,534.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.12. TAG | April/May/June 2017 | $8,645.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.13. The Wooditch Co. Insurance<br>1 Park Plaza, #400<br>Irvine, CA 92614 | June 2017 | $9,797.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.14. USI Consulting Group<br>95 Glastonbury Bl. #102<br>Glastonbury, CT 06033 | April/May/June 2017 | $128,297.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.15. United Healthcare Ins.<br>5757 Plaza Dr.<br>Cypress, CA 90630 | May/June | $21,159.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_Insurance_ |
| 3.16. Internal Revenue Service<br>Centralized Insolvency Op.<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | April 2017 | $6,586.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_Taxes_ |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    Gould Electric, Inc.                                                Case number *(if known)*  _____

| Creditor's Name and Address | | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.17. | WECA, Inc.<br>3695 Bleckely Street<br>Rancho Cordova, CA 95655-3330 | May/June<br>2017 | $12,524.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

    ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| Enterprise Fleet Services<br>P.O. Box 800089<br>Kansas City, MO 64180-0089 | Approx. 20 trucks and cars surrendered to leasing company.  Credit due to Gould paid to it by Enterprise. | May and June 2017 | $147,981.00 |
| Liberty Mutual<br>PO Box 85834<br>San Diego, CA 92186-5834 | Money due to Gould Electric taken by this bonding company to offset payments required from the bonding company to finish bonded jobs.  Creditor secured | Prior 5 months | $3,777,000.00 |

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

    ☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Various general contractors<br>Various addresses | Various general contractors refused to pay money due to Gould once Gould defaulted on construction projects.  This includes accrued retainage and accounts receivable.<br>Last 4 digits of account number: _____ | Prior 90 days | $2,200,000.00 |

| Part 3: | **Legal Actions or Assignments** |
|---|---|

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

    ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

| Debtor | Gould Electric, Inc. | Case number *(if known)* | |
|---|---|---|---|

| | **Case title**<br>**Case number** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
|---|---|---|---|---|
| 7.1. | Grandpoint Bank v Gould Electcric et al<br>37-2017-00013961 CU CO CTL | Collection | San Diego Superior Court<br>220 W. Broadway<br>San Diego, CA 92101 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | Liberty Mutual Ins. Co. v Gould Electric et al<br>37-2017-00019726 CU CO CTL | Collection | San Diego Superior Court<br>220 W. Broadway<br>San Diego, CA 92101 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.3. | Walters Wholesale Electric v Gould<br>37-2017-00016278 CU BC NC | Breach of contract | San Diego Superior Court-NC<br>325 South Melrose Drive<br>Vista, CA 92081 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.4. | Kimmel and Assoc v. Gould Elecctric<br>02271 | Collection | Superior Court, County of Buncombe<br>State of North Carolina<br>60 Court Plaza<br>Asheville, NC 28801 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:**   **Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | **Recipient's name and address** | **Description of the gifts or contributions** | **Dates given** | **Value** |
|---|---|---|---|---|
| 9.1. | Palomar College<br>1140 W. Mission Road<br>San Marcos, CA 92069 | Cash | Past 2 years | $5,000.00 |
| | **Recipients relationship to debtor**<br>None | | | |
| 9.2. | Ronald McDonald House<br>2929 Childrens Way<br>San Diego, CA 92123 | Cash donations | Past 2 years | $2,500.00 |
| | **Recipients relationship to debtor**<br>None | | | |
| 9.3. | Share Fest | Cash donations | Past 2 years | $10,000.00 |
| | **Recipients relationship to debtor**<br>None | | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor    Gould Electric, Inc.                                          Case number *(if known)*

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.4. | Salvation Army<br>13020 County Hwy 94<br>Poway, CA 92064 | Used office furniture | June 2017 | $4,000.00 |
| | **Recipients relationship to debtor**<br>None | | | |
| 9.5. | Daily Disciples Ministries<br>2438 Oveida Pl.<br>Carlsbad, CA 92009 | Used copier, projector, screens, office furniture | June 2017 | $4,000.00 |
| | **Recipients relationship to debtor**<br>None | | | |

---

**Part 5:**    **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| Used tools and equipment were located on various jobsites where the bonding company took over the jobs. That gear was not returned to Gould. | None | Spring 2017 | $50,000.00 |

---

**Part 6:**    **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Law  Office of Michael T. O'Halloran<br>1010 Second Avenue, Suite 1727<br>San Diego, CA 92101-4908 | | June 2017 | $10,000.00 |
| | **Email or website address**<br>www.DebtSD.com | | | |
| | **Who made the payment, if not debtor?**<br>Gould Electric, Inc. | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Debtor    Gould Electric, Inc. _____    Case number *(if known)* _____

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. Ikler Electronic<br>13250 Kirkham Way<br>Poway, CA 92064 | Vehicles, tools, equipment, IT gear | 2017 | $48,000.00 |
| **Relationship to debtor**<br>None | | | |
| 13.2. Prime Electic<br>480 Enterprise St.<br>San Marcos, CA 92078 | Tools at Big Horn jobsite | Spring 2017 | $8,500.00 |
| **Relationship to debtor**<br>None | | | |

---

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1. 10842 Noel St.<br>Los Alamitos | 2014 to 2017 |
| 14.2. 12975 Brookprinter Pl<br>#280<br>Poway, CA 92064 | 2008 to 2017 |

---

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

Debtor   Gould Electric, Inc.                                            Case number *(if known)*

---

16. **Does the debtor collect and retain personally identifiable information of customers?**

- ■ No.
- ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- ■ No. Go to Part 10.
- ☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Grandpoint Bank | XXXX- | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | Spring 2017 | $0.00 |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| Storage | Management | Financial records, some office computers and related gear. | ☐ No<br>■ Yes |

---

**Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    Gould Electric, Inc. _____    Case number *(if known)* _____

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    RBTK CPAs<br>4909 Murphy Canyon  Rd.<br>San Diego, CA 92123 | 2014 - 2017 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

Debtor    Gould Electric, Inc.                                          Case number (if known) _____

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    R. Thurman<br>P.O. Box 504377<br>San Diego, CA 92150-4377 | None known to be missing |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    Grandpoint Bank<br>355 S. Grand Ave.<br>Suite 2400<br>Los Angeles, CA 90071 |
| 26d.2.    Liberty Mutual<br>PO Box 85834<br>San Diego, CA 92186-5834 |
| 26d.3.    Chase<br>P.O. Box 94014<br>Palatine, IL 60094-4014 |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Russell Thurman | P.O. Box 504377<br>San Diego, CA 92150 | CEO and director | 58% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| John Meyers | P.O. Box 504377<br>San Diego, CA 92150 | CFO and director | 42% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Donn Lowrey | c/o Philip Tencer Esq<br>12520 High Bluff Dr.    #240<br>San Diego, CA 92130 | Secretary and director | None |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

Debtor    Gould Electric, Inc.                                        Case number *(if known)*

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Donn Lowrey | c/o Philip Tencer Esq 12520 High Bluff Dr.   #240 San Diego, CA 92130 | Former shareholder | Left  Jan 2016 |

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|------|------|------|------|
| 30.1. | Donn Lowrey c/o Philip Tencer Esq 12520 High Bluff Dr.   #240 San Diego, CA 92130 | $35,000 | Last 12 months | Salary and reimbursement |
| | **Relationship to debtor** Officer | | | |
| 30.2. | John Meyers P.O. Box 504377 San Diego, CA 92150 | $240,000 | Last 12 months | Salary and reimbursement |
| | **Relationship to debtor** Officer | | | |
| 30.3. | Russell Thurman P.O. Box 504377 San Diego, CA 92150 | $290,000 | Last 12 months | Salary and reimbursement |
| | **Relationship to debtor** Officer | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

Debtor    Gould Electric, Inc. _____    Case number *(if known)* _____

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    July 17, 2017 _____

/s/ Russell Thurman _____    Russell Thurman _____
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    CEO _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Revised: 1/24/13

Name, Address, Telephone No. & I.D. No.
Michael T. O'Halloran CLS-B #99085
1010 Second Avenue, Suite 1727
San Diego, CA 92101-4908
619-233-1727
#99085

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
Gould Electric, Inc.

Tax I.D. / S.S. #: 95-3295294

Debtor.

BANKRUPTCY NO.

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA
## RIGHTS AND RESPONSIBILITIES OF CHAPTER 7 DEBTORS
## AND THEIR ATTORNEY

In order for debtors and their attorneys to understand their rights and responsibilities in the bankruptcy process, the following terms of engagement are hereby agreed to by the parties.

Nothing in this agreement should be construed to excuse an attorney from any ethical duties or responsibilities under Federal Rule of Bankruptcy Procedure 9011 and the Local Bankruptcy Rules.

## I.
## Services Included in the Initial Fee Charged

The following are services that an attorney must provide as part of the initial fee charged for representation in a Chapter 7 case:

1.  Meet with the debtor to review the debtor's assets, liabilities, income and expenses.

2.  Analyze the debtor's financial situation, and render advice to the debtor in determining whether to file a petition in bankruptcy.

3.  Describe the purpose, benefits, and costs of the Chapters the debtor may file, counsel the debtor regarding the advisability of filing either a Chapter 7, 11, or 13 case, and answer the debtor's questions.

4.  Advise the debtor of the requirement to attend the Section 341(a) Meeting of Creditors, and instruct the debtor as to the date, time and place of the meeting.

5.  Advise the debtor of the necessity of maintaining liability, collision and comprehensive insurance on vehicles securing loans or leases.

6.     Timely prepare, file and serve, as required, the debtor's petition, schedules, Statement of Financial Affairs, and any necessary amendments to Schedule C.

7.     Provide documents pursuant to the Trustee Guidelines and any other information requested by the Chapter 7 Trustee or the Office of the United State Trustee.

8.     Provide an executed copy of the Rights and Responsibilities of Chapter 7 Debtors and their Attorneys to the debtor.

9.     Appear and represent the debtor at the Section 341(a) Meeting of Creditors, and any continued meeting, except as further set out in Section II.

10.    File the Certificate of Debtor Education if completed by the debtor and provided to the attorney before the case is closed.

11.    Attorney shall have a continuing obligation to assist the debtor by returning telephone calls, answering questions and reviewing and sending correspondence.

12.    Respond to and defend objections to claim(s) of exemption arising from attorney error(s) in Schedule C.

## II.
## Services Included as Part of Chapter 7 Representation,
## Subject to an Additional Fee

The following are services, included as part of the representation of the debtor, but for which the attorney may charge additional fees.

1.     Representation at any continued meeting of creditors due to client's failure to appear or failure to provide required documents or acceptable identification;

2.     Amendments, except that no fee shall be charged for any amendment to Schedule C that may be required as a result of attorney error;

3.     Opposing Motions for Relief from Stay;

4.     Reaffirmation Agreements and hearings on Reaffirmation Agreements;

5.     Redemption Motions and hearings on Redemption Motions;

6.     Preparing, filing, or objecting to Proofs of Claims, when appropriate, and if applicable;

7.     Representation in a Motion to Dismiss or Convert debtor's case;

8.     Motions to Reinstate or Extend the Automatic Stay;

9.     Negotiations with Chapter 7 Trustee in aid of resolving nonexempt asset, turnover or asset administration issues.

2

# III.
# Additional Services Not Included in the Initial Fee Which Will Require a Separate Fee Agreement

The following services are <u>not</u> included as part of the representation in a Chapter 7 case, unless the attorney and debtor negotiate representation in these post-filing matters at mutually agreed upon terms in advance of any obligation of the attorney to render services. Unless a new fee agreement is negotiated between debtor and attorney, attorney will not be required to represent the debtor in these matters:

1.    Defense of Complaint to Determine Non-Dischargeability of a Debt or filing Complaint to determine Dischargeability of Debt;

2.    Defense of a Complaint objecting to discharge;

3.    Objections to Claim of Exemption, except where an objection arises due to an error on Schedule C;

4.    Sheriff levy releases;

5.    Section 522(f) Lien Avoidance Motions;

6.    Opposing a request for, or appearing at a 2004 examination;

7.    All other Motions or Applications in the case, including to Buy, Sell, or Refinance Real or other Property;

8.    Motions or other proceedings to enforce the automatic stay or discharge injunction;

9.    Filing or responding to an appeal;

10.   An audit of the debtor's case conducted by a contract auditor pursuant to 28 U.S.C. Section 586(f).

# IV.
# Duties and Responsibilities of the Debtor

As the debtor filing for a Chapter 7 bankruptcy, you must:

1.    Fully disclose everything you own, lease, or otherwise believe you have a right or interest in prior to filing the case;

2.    List everyone to whom you owe money, including your friends, relatives or someone you want to repay after the bankruptcy is filed;

3.    Provide accurate and complete financial information;

4.    Provide all requested information and documentation in a timely manner, in accordance with the Chapter 7 Trustee Guidelines;

5.    Cooperate and communicate with your attorney;

6.    Discuss the objectives of the case with your attorney before you file;

3

7.      Keep the attorney updated with any changes in contact information, including email address;

8.      Keep the attorney updated on any and all collection activities by any creditor, including lawsuits, judgments, garnishments, levies and executions on debtor's property;

9.      Keep the attorney updated on any changes in the household income and expenses;

10.     Timely file all statutorily required tax returns;

11.     Inform the attorney if there are any pending lawsuits or rights to pursue any lawsuits;

12.     Appear at the Section 341(a) Meeting of Creditors, and any continued Meeting of Creditors;

13.     Bring proof of social security number and government issued photo identification to the Section 341(a) Meeting of Creditors;

14.     Provide date-of-filing bank statements to the attorney no later than 7 days after filing of your case;

15.     Pay all required fees prior to the filing of the case;

16.     Promptly pay all required fees in the event post filing fees are incurred;

17.     Debtors must not direct, compel or demand their attorney to take a legal position or oppose a motion in violation of any Ethical Rule, any Rule of Professional Conduct, or Federal Rule that is not well grounded in fact or law.

Dated:   July 17, 2017                                    /s/ Russell Thurman
                                                         Russell Thurman
                                                         Debtor

Dated:   July 17, 2017                                    /s/ Michael T. O'Halloran CLS-B
                                                         Michael T. O'Halloran CLS-B #99085
                                                         Attorney for Debtor(s)

4

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of California

In re ___Gould Electric, Inc._____  Case No. _____
                                                   Debtor(s)    Chapter      7

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 10,000.00 |
| Prior to the filing of this statement I have received | $ | 10,000.00 |
| Balance Due | $ | 0.00 |

2.  $ __335.00__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        The fee includes $350 applied to the court filing fee, credit report fee and other costs.

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        Representation of the debtor or debtors in any dischargeability actions, 2004 examinations,  judicial lien avoidances, relief from stay actions or any other adversary proceeding or contested matter.  Post-petition representation not covered by the flat fee shall be rendered, if agreed to by the debtor and the Firm, at the usual hourly rates charged by the Firm.

---

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| July 17, 2017 | /s/ Michael T. O'Halloran CLS-B |
| *Date* | Michael T. O'Halloran CLS-B #99085 |
| | *Signature of Attorney* |
| | Law  Office of Michael T. O'Halloran |
| | 1010 Second Avenue, Suite 1727 |
| | San Diego, CA 92101-4908 |
| | 619-233-1727  Fax: 619-233-6526 |
| | MTO@Debtsd.com |
| | *Name of law firm* |

**CSD 1008** [08/21/00]
Name, Address, Telephone No. & I.D. No.
Michael T. O'Halloran CLS-B #99085
1010 Second Avenue, Suite 1727
San Diego, CA 92101-4908
619-233-1727
#99085

### UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
Gould Electric, Inc.

BANKRUPTCY NO.

Debtor.

## VERIFICATION OF CREDITOR MATRIX

<u>PART I</u> (check and complete one):

■  New petition filed.  Creditor <u>diskette</u> required.          TOTAL NO. OF CREDITORS:  <u>193</u>

☐  Conversion filed on _____. *See instructions on reverse side.*
    ☐  Former Chapter 13 converting.  Creditor <u>diskette</u> required.          TOTAL NO. OF CREDITORS:____
    ☐  Post-petition creditors added.  <u>Scannable</u> matrix required.
    ☐  There are no post-petition creditors. No matrix required.

☐  Amendment or Balance of Schedules filed concurrently with this original <u>scannable</u> matrix affecting Schedule of Debts and/or Schedule of Equity Security Holders. *See instructions on reverse side.*
    ☐  Names and addresses are being ADDED.
    ☐  Names and addresses are being DELETED.
    ☐  Names and addresses are being CORRECTED.

<u>PART II</u> (check one):

■  The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

☐  The above-named Debtor(s) hereby verifies that there are no post-petition creditors affected by the filing of the conversion of this case and that the filing of a matrix is not required.

Date:  <u>July 17, 2017</u>

/s/ Russell Thurman
Russell Thurman/CEO
Signer/Title

### REFER TO INSTRUCTIONS ON REVERSE SIDE
CSD 1008

CSD 1008 (Page 2) [08/21/00]

## INSTRUCTIONS

1)    Full compliance with <u>Special Requirements for Mailing Addresses</u> (CSD 1007) is required.

2)    A creditors matrix with <u>Verification</u> is required whenever the following occurs:

    a)    A new petition is filed.  Diskette required.

    b)    A case is converted on or after SEPTEMBER 1, 2000. (See paragraph 4b concerning post-petition creditors.)

    c)    An amendment to a case on or after SEPTEMBER 1, 2000, which adds, deletes or changes creditor address information on the debtor's Schedule of Debts and/or Schedule of Equity Security Holders.  Scannable matrix format required.

3)    The scannable matrix must be <u>originally</u> typed or printed. It may not be a copy.

4)    CONVERSIONS:

    a)    When converting a Chapter 13 case filed before SEPTEMBER 1, 2000, to another chapter, <u>ALL</u> creditors must be listed on the mailing matrix at the time of filing and accompanied by a <u>Verification</u>.  Diskette required.

    b)    For Chapter 7, 11, or 12 cases converted on or after SEPTEMBER 1, 2000, <u>only post-petition creditors need be listed on the mailing matrix</u>. The matrix and <u>Verification</u> must be filed with the post-petition schedule of debts and/or schedule of equity security holders. If there are no post-petition creditors, only the verification form is required.  Scannable matrix format required.

5)    AMENDMENTS AND BALANCE OF SCHEDULES:

    a)    <u>Scannable matrix format required.</u>

    b)    The matrix with <u>Verification</u> is a document separate from the amended schedules and may not be used to substitute for any portion of the schedules. IT MUST BE SUBMITTED WITH THE AMENDMENT/BALANCE OF SCHEDULES.

    c)    Prepare a separate page for each type of change required: ADDED, DELETED, or CORRECTED. On the **REVERSE** side of each matrix page, indicate which category that particular page belongs in. Creditors falling in the same category should be placed on the same page in alphabetical order.

6)    Please refer to CSD 1007 for additional information on how to avoid matrix-related problems.

CSD 1008

91 Express Lanes
2275 Sampson St.  #100
Corona, CA 92879


ABC Los Angeles/Ventura
12979 Arroyo Ave.
San Fernando, CA 91340


ABC So Cal
1400 N. Kellogg Dr.  #A
Anaheim, CA 92807


ABC/Membership Fee
13825 Kirkham Way
Poway, CA 92064


ABM Electrical Power Services
PO BOX 75401
BALTIMORE, MD 21275


ACCOUNTING PRINCIPALS
PALANTINE, IL 60055


Action Concrete Pumping
14037 Poway Rd
Poway, CA 92064


Acton Mobile Industries
PO Box 758689
Baltimore, MD 21275


Advantage Backhoes
P.O. Box 647
Crestline, CA 92325

Ahern Rentals
PO Box 271390
Las Vegas, NV 89127-1390


All Access Rentals SD
3364 Helix St.
Spring Valley, CA 91977


All Star Glass
1845 Morena Boulevard
San Diego, CA 92110


Allen Maxwell Silver
P.O. Box 540
Fair Lawn, NJ 07410


ANB Excavation and Engineering
774 N. Twin Oaks Valley Road
Suite A
San Marcos, CA 92069


ARC Document Solutions, LLC
345 Clinton Street
Costa Mesa, CA 92626


ART Locating
910 Loma Court
El Cajon, CA 92020


ASAP Engravers
2026 Alegria Drive
El Cajon, CA 92021


Assoc. Building Contractors
1400 Kellogg Dr.
Anaheim, CA 92807

AT&T Mobility 287270984234
PO Box 6463
Carol Stream, IL 90197-6463


Audio Associates of San Diego
1497 Jayken Way
Chula Vista, CA 91911


Balfour Beatty Constr. LLC
10620 Treena St. #300
San Diego, CA 92131


Balfour Beatty irvine
2 Park Plaza Suite 1000
Irvine, CA 92614


Bay City Electric Works
P.O. Box 32993
Phoenix, AZ 85064


Bert's Office Trailers
1143 E. Main Street
El Cajon, CA 92021


BEST BEST & KRIEGER, LLP
PO BOX 1028
RIVERSIDE, CA 92502


BMW Financial Services
PO Box 78066
Phoenix, AZ 85062


Brewer Crane & Rigging
12570 Highway 67
Lakeside, CA 92040

Brookprinter Dev. LLC.
1987 Belmore Court
El Cajon, CA 92020


C2 Imaging
3180 Pullman Street
Costa Mesa, CA 09226


CAL MET SERVICES, INC
P.O. BOX 227
PARAMOUNT, CA 90723


Cal-Duct Inc.
PO Box 520
2625 South Lilac Avenue
Bloomington, CA 92316


California SpecialtyInsulation
1940 S Grove Avenue
Ontario, CA 91761


CARNIE PRODUCTS, LLC
4871 S. CARSON STREET
AURORA, CO 80015


CASTON, INC
354 S. ALLEN STREET
SAN BERNARDINO, CA 92408


CBIONE
2490 Grand Avenue
Vista, CA 92081


CDW Direct
PO Box 75723
Chicago, IL 60675-5723

CED
PO Box 509079
San Diego, CA 92150


Cement Cutting, Inc.
3610 Hancock St.
San Diego, CA 92110


CEMEX
PO BOX 100497
PASADENA, CA 91189-0497


Channel Islands Excavation
1205 Country Club Drive
Ojai, CA 93023


Chase
P.O. Box 94014
Palatine, IL 60094-4014


City of Palm Desert
73510 Fred Waring Drive
Palm Desert, CA 92260-2578


City of Poway
PO BOX 789
Poway, CA 92074


CleanNet of Southern CA Inc.
9861 Broken Land Pkwy, Ste 208
Columbia, MD 21046


Com-Sec Incorporated
PO Box. 1852
Hayden, ID 83835

Conner Networks Inc.
7007 Mission Gorge Rd
Suite 205
San Diego, CA 92120


Construction Document Services
1406 La Plaza Dr
San Marcos, CA 92078


Costco Wholesale Business
P.O. Box 5219
Carol Stream, IL 60197-5219


Culligan of Escondido
P.O. Box 2903
Wichita, KS 67201-2903


CW Driver
7588 Metropolitan Dr.
San Diego, CA 92108


CW Driver LLC
11879 Sebastian Way #101
Rancho Cucamonga, CA 91730


Dell Business Credit
PO BOX 5275
CAROL STREAM, IL 60197-5275


Dept of Motor Vehicles
PO Box 942894
Sacramento, CA 94294-0894


Diamond Power, Inc.
807 E. Mission Road
San Marcos, CA 92069

Digital Networks Group, Inc.
20382 Hermana Circle
Lake Forest, CA 92630


Digital Technologies, Inc.
760 S Rochester Ave., Unit E
Ontario, CA 91761


Draco Trucks & Equipment, Inc.
7424 Mission Gorge Rd.
San Diego, CA 92120


E.D.D.
Bankruptcy Unit - MIC 92E
P.O. Box 826880
Sacramento, CA 94280


Eaton Corporation
PO Box 100193
Pasadena, CA 91189-0193


Echo Pacific Construction
2615 Auto Park Way
Escondido, CA 92029


EDCO
P. O. Box 5488
Buena Park, CA 90622-5488


Ehmcke Sheet Metal Corp
PO Box 13010
San Diego, CA 92170


Electric Power Systems Int,Inc
7925 Dunbrook Road
Suite G
San Diego, CA 92126

Elsinore Ready Mix Co., Inc.
P.O.BOX 959
Lake Elsinore, CA 92531-0959


Enterprise Fleet Services
P.O. Box 800089
Kansas City, MO 64180-0089


Erickson Demel & Co
7800 N. MoPac
Suite 105
Austin, TX 78759


eSafety Systems
11391 Sorrento Valley Road
San Diego, CA 92121


Farmington Casualty Co
One Tower Square
Hartford, CT 06183


FedEx
P.O. Box 7221
Pasadena, CA 91109-7321


Finch, Thornton & Baird, LLP
4747 Executive Dr
San Diego, CA 92121


Franchise Tax Board
P.O. Box 1328
Ranch Cordova, CA 95741-1328


Gexpro - 795-5918073
PO Box 743448
Los Angeles, CA 90074-3448

Global Capacity
PO Box 39000
San Francisco, CA 94139-0001


Golden Office Trailers, Inc.
P.O. Box 669
Wildomar, CA 92595


Grainger
8001 Raytheon Rd.
San Diego, CA 92111


Grandpoint Bank
355 S. Grand Ave. #2400
Los Angeles, CA 90071


Graybar Electric Co.Inc.
8606 Miralani Drive
San Deigo, CA 92126-4353


Graybar Financial Services LLC
P.O. Box 742647
Cincinnati, OH 45274


Greathouse Screen Printing
5644 Kearny Mesa Rd
Ste E
San Diego, CA 92111


Green Lighting Wholesale
950 Taylor Station Road
Ste O
Gahanna, OH 43230


H.L. Moe Co, Inc
526 Commercial Street
Glendale, CA 91203

Hampton Tedder Tech Svc
4571 State St.
Montclair, CA 91763


Hartford
PO Box 2907
Hartford, CT 06104


Haul-Away Containers
P.O. Box 7183
Pasadena, CA 91109-7183


HC Integrated Systems, Inc.
1354 S. Parkside Place
Ontario, CA 91761


HD Supply Construction
PO Box 6040
Cypress, CA 90630


Hensel Phelps Construction
9404 Genesee Ave. #140
La Jolla, CA 92037


Hilti, Inc.
P.O. Box 382002
Pittsburgh, PA 15250-8002


Home Depot Credit Services
PO BOX 183175
Columbus, OH 43218-3175


IAW Construction
4401 Etiwanda Ave. #C
Mira Loma, CA 91752

Industrial Metal Supply Co
8300 San Fernando Rd
Sun Valley, CA 91352


Internal Revenue Service
Centralized Insolvency Op.
P.O. Box 7346
Philadelphia, PA 19101-7346


Jan Pro of San Diego
4125 sorrento Valley Blvd
Ste E
San Diego, CA 92121


Jiffy Lube Fleet Services
PO Box 7247-6248
Philadelphia, PA 19170


JJJ Enterprises
115 Market Place
Escondido, CA 92029


Jobsite Supply Co.
4720 Mission Gorge Place
San Diego, CA 92120


Karcher Interior Systems
675-F North Eckhoff Street
Orange, CA 92868


Kerr Engineering & Sales, Inc.
27136 Paseo Espada
San Juan Capistrano, CA 92675


Kimmel and Associates
25 Page Ave.
Asheville, NC 28801

King Equipment LLC
1801 W Olympic Blvd
Pasadena, CA 91199-1707


Kitchell
853 Camino del Mar  #200
Del Mar, CA 92014


Kruse & Assoc
12245 World Trade Dr.  #A
San Diego, CA 92128


LabCorp of America Holdings
P.O.Box 12140
Burlington, NC 27216-2140


Bil Lefever
2268 Summit Dr.
Escondido, CA 92025


Liberty Mutual
PO Box 85834
San Diego, CA 92186-5834


Donn Lowrey
c/o Philip Tencer Esq
12520 High Bluff Dr.   #240
San Diego, CA 92130


Lusardi Builders
1570 Linda Vista Dr.
San Marcos, CA 92078


LVH Entertainment Systems
1600 Maxwell Drive
Ste 5
Hudson, WI 54016

Main Electric Supply Co
3600 W. Segerstrom Ave.
Santa Ana, CA 92704


Mallory Safety and Supply, LLC
1040 Industrial Way
Longview, WA 98632


Maloney & Associates
Insurance Services
435 West Grand Ave
Escondido, CA 92025


Mason West, Inc.
1601 E. Miraloma Ave.
Placentia, CA 92870


Material Management Software
PO BOX 170434
AUSTIN, TX 78717


MATT  Construction
9814 Norwalk Bl #100
Santa Fe Springs, CA 90670


McCarthy Building Co Inc
665 San Rolodfo Dr. #124
Solana Beach, CA 92075


McKinley Elevator Corporation
17811 Armstrong Avenue
Irvine, CA 92614


McMaster-Carr
PO BOX 7690
CHICAGO, IL 60680-7690

John and Eileen Meyers
P.O. Box 504377
San Diego, CA 92150


Monosystems, Inc.
4 International Dr.
Rye Brook, NY 10573


National Elecric Works, Inc.
4440 Rainier Ave
Suite 101
San Diego, CA 92120


Neopost Inc.
PO Box 30193
Tampa, FL 33630-3193


Noel Business Park
10630 Humbolt Street
Los Alamitos, CA 90720


Northern Tool and Equipment
P.O. Box 105525
Atlanta, GA 30348-5525


Occupational Health Cnt. of SD
P.O. Box 3700
Rancho Cucamonga, CA 91729-3700


Oldcastle Precast Utility Vaul
P.O. Box 742387
Los Angeles, CA 90074-2387


On Site Laser, LLC
12335 World Trade Dr
Ste#8
San Diego, CA 92128

On-Site Health & Safety
520 6th Street
Rodeo, CA 94572


Onlinesigns aka Reschke Graph
7794 Doug Hill Court
San Diego, CA 92127


Otay Mesa Sales, Inc.
1596 Radar Road
San Diego, CA 92154


Otis Elevator Company
7111 E Ball Road, Suite 200
Anaheim, CA 92805


Palomar Mtn Spring Water
1270 W Mission Road
Escondido, CA 92029


Penhall Company
P.O. Box 842911
Los Angeles, CA 90084-2911


PlanGrid Inc
Dept LA 24390
Pasadena, CA 91185


Poway Auto Repair
13907 Poway Rd. #A
Poway, CA 92064


Power Plus
1210 N. Red Gum St
Anaheim, CA 92806

PrideStaff, Inc
PO Box 205287
Dallas, TX 75320-5287


Professional Contractor Supply
P.O. Box 81976
Las Vegas, NV 89180-0455


R S Busch Construction
2342 Buffalo Ave
Ventura, CA 93003


R. K. Industries
1501 Virginia Ave.
Baldwin Park, CA 91706


R. M. Systems. Inc.
P.O. Box 4013
Orange, CA 92863-4013


Ramtek, LLC
1382 Valencia Ave., Unit M
Tustin, CA 92780


RBTK LLP Certified Public Acct
4909 Murphy Canyon Rd #120
San Diego, CA 92123


Ready Refresh by Nestle
P.O. Box 856158
Louisville, KY 40285-6158


Robertson's
P.O. Box 3600
Corona, CA 92878-3600

S&J Concrete Pumping Inc.
1630 W. Pelissier Road
Colton, CA 92324


SAFETY TACTICS INC
2541 GREENCASTLE COURT
OXNARD, CA 93035


Sage Software
271 17th St. NW
Atlanta, GA 30362


Salesforce.com Inc.
P.O. Box 203141
Dallas, TX 75320


SDCTTC
P.O. Box 129009
San Diego, CA 92112


SDG&E
P.O. Box 129123
San Diego, CA 92112


Sheppard, Mullin,
333 SOUTH HOPE ST.
LOS ANGELES, CA 90071


SimplexGrinnell
3568 Ruffin Road South
San Diego, CA 92123


SonicWall Service
P.O. Box 4902
San Jose, CA 95161

Southern California Edison
8631 Rush Street
G-53
Rosemead, CA 91772-0001


SpeedPro Imaging
6354 Riverdale Street
San Diego, CA 92120


Staples Business Advantage
P.O. Box 83689
Chicago, IL 60696-3689


State Board of Equalization
P.O. Box 942879
Sacramento, CA 94279-0001


Summit Equipment Rentals
33390 Bailey Park Blvd
Menifee, CA 92584


Sunstate Equipment Co.
P.O. Box 52581
Phoenix, AZ 85072-2581


Swinerton Builders
16798 W. Bernardo Dr.
San Diego, CA 92127


TELDATA Ent. Networks
11491 Woodside Avenue
Santee, CA 92071


Telenet VoIP Inc.
850 Parkview Drive North
El Segundo, CA 90245

TelePacific Communications
PO BOX 60767
LOS ANGELES, CA 90060-0767


Terra Power Solutions
6082 Via Regla
San Diego, CA 92122


The Brokerage
20261 SW Acacia ST.
#200
Newport Beach, CA 92660


The Crane Guys
14480 Alondra Bl.
La Mirada, CA 90638


The Wooditch Co. Insurance
1 Park Plaza, #400
Irvine, CA 92614


Russell and Cynthia Thurman
P.O. Box 504377
San Diego, CA 92150


Tomarco Contractor Specialties
14848 Northam Street
La Mirada, CA 90638


TPX Communications
P.O. Box 36430
Las Vegas, NV 89133


Trade Service
13280 Evening Creek Drive S
Ste 200
San Diego, CA 92128

Travelers Casualty and Surety
1 Tower Sq.
Hartford, CT 06183


Trebor Shoring Rental
15303 Olde Hwy 80
El Cajon, CA 92021


Trench Shoring Co
636 East Rosecrans Ave
Los Angeles, CA 90059


Trillium Construction
PO Box 67185
Detroit, MI 48267-1854


U.S. Healthworks Medical Group
P.O.Box 50042
Los Angeles, CA 90074


ULINE
2200 S. Lakeside Dr.
Waukegan, IL 60085


United Rentals Northwest, Inc.
Los Angeles, CA 90074-1122


United Site Services of CA Inc
PO Box 53267
Phoenix, AZ 85072-3267


US BANK EQUIPMENT FINANCE
P.O. Box 790448
St. Louis, MO 63179-0448

US Concrete
2735 Cactus Road
San Diego, CA 92154


US Dept of Labor
550 W C St. #990
San Diego, CA 92101


USI Consulting Group
95 Glastonbury Bl. #102
Glastonbury, CT 06033


USI Insurance
333 Bridge ST. NW
Suite 400
Grand Rapids, MI 49504


Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108


VFC
P.O. Box 540445
North Salt Lake, UT 84054-0445


Walters Wholesale Electric
P.O. Box 91929
Long Beach, CA 90809-1929


Waste Management
PO Box 541065
Los Angeles, CA 90054-1065


WECA, Inc.
3695 Bleckely Street
Rancho Cordova, CA 95655-3330

Wells Fargo Equipment Finance
P.O. Box 7777
San Francisco, CA 94120-7777


West Coast Sand & Gravel, Inc.
P.O. Box 5067
Buena Park, CA 90622


Westair Gases & Equipment
PO Box 101420
Pasadena, CA 91189-1420


WEX Bank
PO Box 6293
Carol Stream, IL 60197-6293

# United States Bankruptcy Court
## Southern District of California

In re    Gould Electric, Inc.

                                    Debtor(s)

Case No.

Chapter    7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Gould Electric, Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

July 17, 2017

Date

/s/ Michael T. O'Halloran CLS-B

Michael T. O'Halloran CLS-B #99085

Signature of Attorney or Litigant

Counsel for    Gould Electric, Inc.

Law Office of Michael T. O'Halloran

1010 Second Avenue, Suite 1727
San Diego, CA 92101-4908
619-233-1727 Fax:619-233-6526
MTO@Debtsd.com