UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

| In re: | § | Case No. 17-04283-LA7 |
|---|---|---|
| | § | |
| GOULD ELECTRIC, INC. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Ronald E. Stadtmueller, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)   All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)   A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $7,367.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $7,670.13 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $98,606.87 | | |

3)   Total gross receipts of $106,277.00  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $106,277.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $1,600,000.00 | $1,020.00 | $1,020.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $99,466.87 | $98,606.87 | $98,606.87 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $445.33 | $33,214.27 | $33,214.27 | $7,670.13 |
| General Unsecured Claims (from **Exhibit 7**) | $10,140,437.68 | $4,637,932.64 | $4,637,932.64 | $0.00 |
| **Total Disbursements** | $11,740,883.01 | $4,771,633.78 | $4,770,773.78 | $106,277.00 |

4). This case was originally filed under chapter 7 on 07/18/2017. The case was pending for 39 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>10/20/2020</u>      By:  <u>/s/ Ronald E. Stadtmueller</u>
                                     Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Accounts receivable Over 90 days old; Face value $1,750,000.00-$1,700,000.00 doubtful or uncollectible accounts) = $50,0 | 1129-000 | $3,891.00 |
| Bank account at First Citizens Bank Checking 6891 | 1129-000 | $27,273.94 |
| Allstate settlement | 1221-000 | $313.91 |
| Sale of Remnant Assets, which includes default judgment related to asset no. 13 | 1229-000 | $6,000.00 |
| Vendor refunds | 1229-000 | $1,170.53 |
| Adversary No. 18-90176 Pridestaff Inc | 1241-000 | $3,000.00 |
| Adversary No. 18-90177 Johnson Controls Fire Protection | 1241-000 | $20,000.00 |
| Adversary No. 18-90178 TAG Management, Inc | 1241-000 | $4,000.00 |
| Adversary No. 18-90218 Finch, Thornton & Baird | 1241-000 | $20,000.00 |
| Chase | 1241-000 | $15,000.00 |
| Preference Turnover from RBTK, LLP | 1241-000 | $3,500.00 |
| Etler v Allstate Settlement Fund | 1290-000 | ($78.56) |
| Etler v Allstate Settlement Fund | 1290-000 | $78.56 |
| SDG&E refund | 1290-000 | $2,127.62 |
| **TOTAL GROSS RECEIPTS** | | $106,277.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | LEAF | 4110-000 | $0.00 | $1,020.00 | $1,020.00 | $0.00 |
|  | Donn Lowrey | 4110-000 | $1,600,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $1,600,000.00 | $1,020.00 | $1,020.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ronald E. Stadtmueller, Trustee | 2100-000 | NA | $8,363.85 | $8,363.85 | $8,363.85 |
| Ronald E. Stadtmueller, Trustee | 2200-000 | NA | $703.25 | $703.25 | $703.25 |

| | | | | | |
|---|---|---|---|---|---|
| International Sureties, LTD | 2300-000 | NA | $66.63 | $66.63 | $66.63 |
| Dale Wojczyncki | 2420-000 | NA | $200.00 | $200.00 | $200.00 |
| Independent Bank | 2600-000 | NA | $76.78 | $76.78 | $76.78 |
| Integrity Bank | 2600-000 | NA | $307.24 | $307.24 | $307.24 |
| Franchise Tax Board | 2820-000 | NA | $2,400.00 | $2,400.00 | $2,400.00 |
| SULLIVAN HILL REZ & ENGEL, A.P.L.C., Attorney for Trustee | 3210-000 | NA | $78,925.50 | $78,065.50 | $78,065.50 |
| SULLIVAN HILL REZ & ENGEL, A.P.L.C., Attorney for Trustee | 3220-000 | NA | $615.89 | $615.89 | $615.89 |
| R. Dean Johnson, Accountant for Trustee | 3410-000 | NA | $7,311.00 | $7,311.00 | $7,311.00 |
| R. Dean Johnson, Accountant for Trustee | 3420-000 | NA | $496.73 | $496.73 | $496.73 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $99,466.87 | $98,606.87 | $98,606.87 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 17 | Internal Revenue Service | 5800-000 | $0.00 | $33,214.27 | $33,214.27 | $7,670.13 |
| | Franchise Tax Board | 5800-000 | $445.33 | $0.00 | $0.00 | $0.00 |
| | State Board of Equalization | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $445.33 | $33,214.27 | $33,214.27 | $7,670.13 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | CDW, LLC | 7100-000 | $0.00 | $3,856.31 | $3,856.31 | $0.00 |
| 2 | LEAF | 7100-000 | $0.00 | $585.83 | $585.83 | $0.00 |
| 3a | LEAF | 7100-000 | $0.00 | $2,940.88 | $2,940.88 | $0.00 |
| 4 | Wells Fargo Bank, N.A. | 7100-000 | $1,118.23 | $25,848.87 | $25,848.87 | $0.00 |
| 5 | San Diego | 7100-000 | $0.00 | $1,689.02 | $1,689.02 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

|    |                                                     |          |              |                |                |       |
|----|-----------------------------------------------------|----------|--------------|----------------|----------------|-------|
|    | County Treasurer Tax Collector                      |          |              |                |                |       |
| 6  | BMW Financial Services NA, LLC                      | 7100-000 | $0.00        | $11,366.49     | $11,366.49     | $0.00 |
| 7  | National Electric Works                             | 7100-000 | $186,267.77  | $17,460.58     | $17,460.58     | $0.00 |
| 8  | Southern California Edison Company                  | 7100-000 | $365.86      | $291.22        | $291.22        | $0.00 |
| 9  | Mallory Safety & Supply                             | 7100-000 | $797.38      | $436.41        | $436.41        | $0.00 |
| 10 | Stantec Consulting Services Inc.                    | 7100-000 | $0.00        | $8,280.00      | $8,280.00      | $0.00 |
| 11 | California Department of Tax and Fee                | 7100-000 | $20.00       | $1,346.92      | $1,346.92      | $0.00 |
| 12 | Waste Management                                    | 7100-000 | $861.84      | $2,306.60      | $2,306.60      | $0.00 |
| 13 | U.S. Bank, N.A. d/b/a U.S. Bank Equipment Finance   | 7100-000 | $0.00        | $162,582.39    | $162,582.39    | $0.00 |
| 14 | SimplexGrinnell                                     | 7100-000 | $91,287.79   | $25,473.00     | $25,473.00     | $0.00 |
| 15 | William A. Lefever                                  | 7100-000 | $0.00        | $33,248.40     | $33,248.40     | $0.00 |
| 16 | Blue Tarp Financial                                 | 7100-000 | $0.00        | $3,064.66      | $3,064.66      | $0.00 |
| 17 | Internal Revenue Service                            | 7100-000 | $0.00        | $14,019.01     | $14,019.01     | $0.00 |
| 18 | Digital Technologies, Inc.                          | 7100-000 | $43,561.82   | $55,233.18     | $55,233.18     | $0.00 |
| 19 | Dell Financial Services, LLC                        | 7100-000 | $168.18      | $3,608.47      | $3,608.47      | $0.00 |
| 20 | Steadfast Insurance Co.                             | 7100-000 | $0.00        | $12,240.90     | $12,240.90     | $0.00 |
| 21 | Steadfast Insurance Co.                             | 7100-000 | $0.00        | $2,093,688.44  | $2,093,688.44  | $0.00 |
| 22 | Creditor Adjustment Bureau                          | 7200-000 | $0.00        | $4,975.63      | $4,975.63      | $0.00 |
| 23 | McCarthy Building Companies, Inc.                   | 7200-000 | $0.00        | $899,594.00    | $899,594.00    | $0.00 |
| 24 | Haulaway                                            | 7200-000 | $6,199.12    | $3,744.77      | $3,744.77      | $0.00 |
| 25 | Kitchell Contractors, Inc                           | 7200-000 | $0.00        | $1,250,000.00  | $1,250,000.00  | $0.00 |
| 26 | San Diego                                           | 7200-000 | $976.01      | $50.66         | $50.66         | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| County Treasurer-Tax Collector |  |  |  |  |  |
| 91 Express Lanes | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| ABC Los Angeles/Ventura | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| ABC So Cal | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| ABC/Membership Fee | 7100-000 | $6,050.00 | $0.00 | $0.00 | $0.00 |
| ABM Electrical Power Services | 7100-000 | $11,960.00 | $0.00 | $0.00 | $0.00 |
| ACCOUNTING PRINCIPALS | 7100-000 | $4,174.14 | $0.00 | $0.00 | $0.00 |
| Action Concrete Pumping | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Acton Mobile Industries | 7100-000 | $2,497.34 | $0.00 | $0.00 | $0.00 |
| Advantage Backhoes | 7100-000 | $119,265.87 | $0.00 | $0.00 | $0.00 |
| Ahern Rentals | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| All Access Rentals SD | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| All Star Glass | 7100-000 | $591.37 | $0.00 | $0.00 | $0.00 |
| Allen Maxwell Silver | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| ANB Excavation and Engineering | 7100-000 | $11,362.58 | $0.00 | $0.00 | $0.00 |
| ARC Document Solutions, LLC | 7100-000 | $615.26 | $0.00 | $0.00 | $0.00 |
| ART Locating | 7100-000 | $3,237.50 | $0.00 | $0.00 | $0.00 |
| ASAP Engravers | 7100-000 | $672.50 | $0.00 | $0.00 | $0.00 |
| Assoc. Building Contractors | 7100-000 | $6,050.00 | $0.00 | $0.00 | $0.00 |
| AT&T Mobility 287270984234 | 7100-000 | $62.32 | $0.00 | $0.00 | $0.00 |
| Audio Associates of San Diego | 7100-000 | $11,014.32 | $0.00 | $0.00 | $0.00 |
| Balfour Beatty Constr. LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Balfour Beatty irvine | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Bay City Electric Works | 7100-000 | $7,814.20 | $0.00 | $0.00 | $0.00 |
| Bert's Office Trailers | 7100-000 | $630.33 | $0.00 | $0.00 | $0.00 |
| BEST BEST & KRIEGER, LLP | 7100-000 | $3,156.92 | $0.00 | $0.00 | $0.00 |
| Bil Lefever | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Brewer Crane & | 7100-000 | $1,281.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| | Rigging | | | | | |
| | Brookprinter Dev. LLC. | 7100-000 | $17,985.90 | $0.00 | $0.00 | $0.00 |
| | C2 Imaging | 7100-000 | $2,867.70 | $0.00 | $0.00 | $0.00 |
| | CAL MET SERVICES, INC | 7100-000 | $519.24 | $0.00 | $0.00 | $0.00 |
| | Cal-Duct Inc. | 7100-000 | $183.62 | $0.00 | $0.00 | $0.00 |
| | California SpecialtyInsulation | 7100-000 | $1,560.30 | $0.00 | $0.00 | $0.00 |
| | CARNIE PRODUCTS, LLC | 7100-000 | $1,402.34 | $0.00 | $0.00 | $0.00 |
| | CASTON, INC | 7100-000 | $24,344.06 | $0.00 | $0.00 | $0.00 |
| | CBIONE | 7100-000 | $2,370.68 | $0.00 | $0.00 | $0.00 |
| | CDW Direct | 7100-000 | $1,182.02 | $0.00 | $0.00 | $0.00 |
| | CED | 7100-000 | $450,901.60 | $0.00 | $0.00 | $0.00 |
| | Cement Cutting, Inc. | 7100-000 | $2,992.80 | $0.00 | $0.00 | $0.00 |
| | CEMEX | 7100-000 | $3,499.27 | $0.00 | $0.00 | $0.00 |
| | Channel Islands Excavation | 7100-000 | $12,000.00 | $0.00 | $0.00 | $0.00 |
| | Chase | 7100-000 | $8,148.73 | $0.00 | $0.00 | $0.00 |
| | City of Palm Desert | 7100-000 | $76.00 | $0.00 | $0.00 | $0.00 |
| | City of Poway | 7100-000 | $117.00 | $0.00 | $0.00 | $0.00 |
| | CleanNet of Southern CA Inc | 7100-000 | $510.00 | $0.00 | $0.00 | $0.00 |
| | Com-Sec Incorporated | 7100-000 | $45,525.31 | $0.00 | $0.00 | $0.00 |
| | Conner Networks Inc | 7100-000 | $200.00 | $0.00 | $0.00 | $0.00 |
| | Construction Document Services | 7100-000 | $27.94 | $0.00 | $0.00 | $0.00 |
| | Costco Wholesale Business | 7100-000 | $547.87 | $0.00 | $0.00 | $0.00 |
| | Culligan of Escondido | 7100-000 | $41.20 | $0.00 | $0.00 | $0.00 |
| | CW Driver | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | CW Driver LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Dept of Motor Vehicles | 7100-000 | $477.00 | $0.00 | $0.00 | $0.00 |
| | Diamond Power, Inc. | 7100-000 | $1,474.00 | $0.00 | $0.00 | $0.00 |
| | Digital Networks Group, Inc | 7100-000 | $513,815.32 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| | Draco Trucks & Equipment, Inc | 7100-000 | $3,560.04 | $0.00 | $0.00 | $0.00 |
| | Eaton Corporation | 7100-000 | $47,665.89 | $0.00 | $0.00 | $0.00 |
| | Echo Pacific Construction | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | EDCO | 7100-000 | $434.48 | $0.00 | $0.00 | $0.00 |
| | Ehmcke Sheet Metal Corp | 7100-000 | $138.11 | $0.00 | $0.00 | $0.00 |
| | Electric Power Systems Int,Inc | 7100-000 | $5,817.00 | $0.00 | $0.00 | $0.00 |
| | Elsinore Ready Mix Co., Inc | 7100-000 | $398.83 | $0.00 | $0.00 | $0.00 |
| | Enterprise Fleet Services | 7100-000 | $11,385.92 | $0.00 | $0.00 | $0.00 |
| | Erickson Demel & Co | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | eSafety Systems | 7100-000 | $1,200.00 | $0.00 | $0.00 | $0.00 |
| | Farmington Casualty Co | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | FedEx | 7100-000 | $650.86 | $0.00 | $0.00 | $0.00 |
| | Finch, Thornton & Baird, LLP | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Gexpro - 795-5918073 | 7100-000 | $75,156.44 | $0.00 | $0.00 | $0.00 |
| | Global Capacity | 7100-000 | $1,693.80 | $0.00 | $0.00 | $0.00 |
| | Golden Office Trailers, Inc | 7100-000 | $3,059.48 | $0.00 | $0.00 | $0.00 |
| | Grainger | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Grandpoint Bank | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Graybar Electric Co.Inc | 7100-000 | $344,508.79 | $0.00 | $0.00 | $0.00 |
| | Graybar Financial Services LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Greathouse Screen Printing | 7100-000 | $194.94 | $0.00 | $0.00 | $0.00 |
| | Green Lighting Wholesale | 7100-000 | $5,833.80 | $0.00 | $0.00 | $0.00 |
| | H.L. Moe Co, Inc | 7100-000 | $1,007.19 | $0.00 | $0.00 | $0.00 |
| | Hampton Tedder Tech Svc | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Hartford | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | HC Integrated Systems, Inc. | 7100-000 | $294,878.54 | $0.00 | $0.00 | $0.00 |
| | HD Supply Construction | 7100-000 | $18,188.69 | $0.00 | $0.00 | $0.00 |
| | Hensel Phelps Construction | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Hilti, Inc. | 7100-000 | $6,426.07 | $0.00 | $0.00 | $0.00 |
| Home Depot Credit Services | 7100-000 | $4,146.73 | $0.00 | $0.00 | $0.00 |
| IAW Construction | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Industrial Metal Supply Co | 7100-000 | $650.17 | $0.00 | $0.00 | $0.00 |
| Jan Pro of San Diego | 7100-000 | $275.00 | $0.00 | $0.00 | $0.00 |
| Jiffy Lube Fleet Services | 7100-000 | $71.23 | $0.00 | $0.00 | $0.00 |
| JJJ Enterprises | 7100-000 | $78,813.74 | $0.00 | $0.00 | $0.00 |
| Jobsite Supply Co | 7100-000 | $59,305.05 | $0.00 | $0.00 | $0.00 |
| John and Eileen Meyers | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Karcher Interior Systems | 7100-000 | $63,621.43 | $0.00 | $0.00 | $0.00 |
| Kerr Engineering & Sales, Inc | 7100-000 | $871.90 | $0.00 | $0.00 | $0.00 |
| Kimmel and Associates | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| King Equipment LLC | 7100-000 | $42,084.21 | $0.00 | $0.00 | $0.00 |
| Kruse & Assoc | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| LabCorp of America Holdings | 7100-000 | $89.50 | $0.00 | $0.00 | $0.00 |
| Liberty Mutual | 7100-000 | $5,000,000.00 | $0.00 | $0.00 | $0.00 |
| Lusardi Builders | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| LVH Entertainment Systems | 7100-000 | $4,698.25 | $0.00 | $0.00 | $0.00 |
| Main Electric Supply Co | 7100-000 | $1,133,944.41 | $0.00 | $0.00 | $0.00 |
| Maloney & Associates | 7100-000 | $34,837.00 | $0.00 | $0.00 | $0.00 |
| Mason West, Inc | 7100-000 | $18,268.81 | $0.00 | $0.00 | $0.00 |
| Material Management Software | 7100-000 | $1,900.00 | $0.00 | $0.00 | $0.00 |
| MATT Construction | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| McKinley Elevator Corporation | 7100-000 | $3,249.97 | $0.00 | $0.00 | $0.00 |
| McMaster-Carr | 7100-000 | $692.73 | $0.00 | $0.00 | $0.00 |
| Monosystems, Inc | 7100-000 | $209.50 | $0.00 | $0.00 | $0.00 |
| Neopost Inc | 7100-000 | $196.05 | $0.00 | $0.00 | $0.00 |
| Noel Business | 7100-000 | $2,571.21 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| | Park | | | | | |
| | Northern Tool and Equipment | 7100-000 | $2,907.18 | $0.00 | $0.00 | $0.00 |
| | Occupational Health Cnt. of SD | 7100-000 | $41.00 | $0.00 | $0.00 | $0.00 |
| | Oldcastle Precast Utility Vaul | 7100-000 | $33,727.50 | $0.00 | $0.00 | $0.00 |
| | On Site Laser, LLC | 7100-000 | $295.00 | $0.00 | $0.00 | $0.00 |
| | On-Site Health & Safety | 7100-000 | $349.00 | $0.00 | $0.00 | $0.00 |
| | Onlinesigns aka Reschke Graph | 7100-000 | $436.32 | $0.00 | $0.00 | $0.00 |
| | Otay Mesa Sales, Inc | 7100-000 | $6,053.59 | $0.00 | $0.00 | $0.00 |
| | Otis Elevator Company | 7100-000 | $35,654.08 | $0.00 | $0.00 | $0.00 |
| | Palomar Mtn Spring Water | 7100-000 | $288.42 | $0.00 | $0.00 | $0.00 |
| | Penhall Company | 7100-000 | $41,800.00 | $0.00 | $0.00 | $0.00 |
| | PlanGrid Inc | 7100-000 | $708.00 | $0.00 | $0.00 | $0.00 |
| | Poway Auto Repair | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Power Plus | 7100-000 | $847.50 | $0.00 | $0.00 | $0.00 |
| | PrideStaff, Inc | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Professional Contractor Supply | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | R S Busch Construction | 7100-000 | $10,133.50 | $0.00 | $0.00 | $0.00 |
| | R. K. Industries | 7100-000 | $888.24 | $0.00 | $0.00 | $0.00 |
| | R. M. Systems. Inc. | 7100-000 | $177,567.04 | $0.00 | $0.00 | $0.00 |
| | Ramtek, LLC | 7100-000 | $2,127.13 | $0.00 | $0.00 | $0.00 |
| | RBTK LLP Certified Public Acct | 7100-000 | $21,585.00 | $0.00 | $0.00 | $0.00 |
| | Ready Refresh by Nestle | 7100-000 | $369.34 | $0.00 | $0.00 | $0.00 |
| | Robertson's | 7100-000 | $18,526.47 | $0.00 | $0.00 | $0.00 |
| | Russell and Cynthia Thurman | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | S&J Concrete Pumping Inc. | 7100-000 | $2,180.00 | $0.00 | $0.00 | $0.00 |
| | SAFETY TACTICS INC | 7100-000 | $3,300.00 | $0.00 | $0.00 | $0.00 |
| | Sage Software | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Salesforce.com | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

|   |   |   |   |   |   |
|---|---|---|---|---|---|
| Inc. |   |   |   |   |   |
| SDG&E | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Sheppard, Mullin | 7100-000 | $3,198.38 | $0.00 | $0.00 | $0.00 |
| SonicWall Service | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| SpeedPro Imaging | 7100-000 | $361.63 | $0.00 | $0.00 | $0.00 |
| Staples Business Advantage | 7100-000 | $2,098.96 | $0.00 | $0.00 | $0.00 |
| Summit Equipment Rentals | 7100-000 | $388.44 | $0.00 | $0.00 | $0.00 |
| Sunstate Equipment Co | 7100-000 | $3,484.43 | $0.00 | $0.00 | $0.00 |
| Swinerton Builders | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| TELDATA Ent. Networks | 7100-000 | $100.00 | $0.00 | $0.00 | $0.00 |
| Telenet VoIP Inc. | 7100-000 | $33,910.69 | $0.00 | $0.00 | $0.00 |
| TelePacific Communications | 7100-000 | $144.77 | $0.00 | $0.00 | $0.00 |
| Terra Power Solutions | 7100-000 | $9,400.00 | $0.00 | $0.00 | $0.00 |
| The Brokerage | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| The Crane Guys | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| The Wooditch Co. Insurance | 7100-000 | $9,794.00 | $0.00 | $0.00 | $0.00 |
| Tomarco Contractor Specialties | 7100-000 | $14,492.92 | $0.00 | $0.00 | $0.00 |
| TPX Communications | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Trade Service | 7100-000 | $331.47 | $0.00 | $0.00 | $0.00 |
| Travelers Casualty and Surety | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Trebor Shoring Rental | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Trench Shoring Co | 7100-000 | $164.26 | $0.00 | $0.00 | $0.00 |
| Trillium Construction | 7100-000 | $41,724.04 | $0.00 | $0.00 | $0.00 |
| U.S. Healthworks Medical Group | 7100-000 | $64.00 | $0.00 | $0.00 | $0.00 |
| ULINE | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| United Rentals Northwest, Inc | 7100-000 | $46,174.40 | $0.00 | $0.00 | $0.00 |
| United Site | 7100-000 | $496.25 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Services of CA Inc |  |  |  |  |  |
| US BANK EQUIPMENT FINANCE | 7100-000 | $8,677.89 | $0.00 | $0.00 | $0.00 |
| US Concrete | 7100-000 | $4,094.50 | $0.00 | $0.00 | $0.00 |
| US Dept of Labor | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| USI Consulting Group | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| USI Insurance | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Verizon Wireless | 7100-000 | $5,713.43 | $0.00 | $0.00 | $0.00 |
| VFC | 7100-000 | $11,161.95 | $0.00 | $0.00 | $0.00 |
| Walters Wholesale Electric | 7100-000 | $677,054.89 | $0.00 | $0.00 | $0.00 |
| WECA, Inc. | 7100-000 | $1,719.00 | $0.00 | $0.00 | $0.00 |
| West Coast Sand & Gravel, Inc. | 7100-000 | $1,289.69 | $0.00 | $0.00 | $0.00 |
| Westair Gases & Equipment | 7100-000 | $1,149.08 | $0.00 | $0.00 | $0.00 |
| WEX Bank | 7100-000 | $15,938.99 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** |  | $10,140,437.68 | $4,637,932.64 | $4,637,932.64 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 17-04283-LA7 | Trustee Name: | Ronald E. Stadtmueller |
|---|---|---|---|
| Case Name: | GOULD ELECTRIC, INC. | Date Filed (f) or Converted (c): | 07/18/2017 (f) |
| For the Period Ending: | 10/20/2020 | §341(a) Meeting Date: | 08/16/2017 |
| | | Claims Bar Date: | 05/29/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Bank account at First Citizens Bank Checking 6891 | $3,200.00 | $27,273.94 | | $27,273.94 | FA |
| 2 | Bank account at First Citizens Bank Checking 6875 | $30.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | part of asset no. 1 above | | | | | |
| 3 | Storage unit rent paid through approximately June 2018. | $2,337.00 | $0.00 | | $0.00 | FA |
| 4 | Accounts receivable Over 90 days old; Face value $1,750,000.00-$1,700,000.00 doubtful or uncollectible accounts) = $50,000.00 | $1,750,000.00 | $3,891.00 | OA | $3,891.00 | FA |
| Asset Notes: | 1/8/18 per order balance of accounts receivables abandoned | | | | | |
| | Trustee's investigation indicates collectible accounts are subject to offset by General Contractor and Sub Contractors | | | | | |
| 5 | Used business equipment $0.00 Liquidation | $3,000.00 | $0.00 | OA | $0.00 | FA |
| 6 | Used office equipment and furniture $0.00 Liquidation | $2,000.00 | $0.00 | OA | $0.00 | FA |
| 7 | Vendor refunds (u) | $0.00 | $1,170.53 | | $1,170.53 | FA |
| 8 | Preference Turnover from RBTK, LLP (u) | $0.00 | $3,500.00 | | $3,500.00 | FA |
| 9 | SDG&E refund (u) | $0.00 | $2,127.62 | | $2,127.62 | FA |
| 10 | Chase (u) | $0.00 | $15,000.00 | | $15,000.00 | FA |
| Asset Notes: | 9/17/18 Order entered approving settlement; docket no. 77 | | | | | |
| | 8/13/18 NOIA filed re: settlement; docket no. 71 | | | | | |
| 11 | Adversary No. 18-90176 Pridestaff Inc (u) | $0.00 | $13,420.63 | | $3,000.00 | FA |
| Asset Notes: | adjustment based on settlement | | | | | |
| | 12/28/18 Order entered approving settlement; docket no. 89 | | | | | |
| | 11/29/18 NOIA re: settlement; docket no. 84 | | | | | |
| 12 | Adversary No. 18-90177 Johnson Controls Fire Protection (u) | $0.00 | $126,834.50 | | $20,000.00 | FA |
| Asset Notes: | adjusted to match settlement | | | | | |
| 13 | Adversary No. 18-90178 TAG Management, Inc (u) | $0.00 | $112,556.25 | | $4,000.00 | FA |
| Asset Notes: | 12/27/18 Default Judgment entered; docket no. 11 in adversary proceeding | | | | | |
| | adjusted to reflect settlement | | | | | |
| 14 | Adversary No. 18-90218 Finch, Thornton & Baird (u) | $0.00 | $30,000.00 | | $20,000.00 | FA |
| Asset Notes: | adjusted based on settlement at $20k | | | | | |
| | 2/28/19 Order entered re: settlement; docket no. 95 | | | | | |
| | 1/28/19 NOIA re: settlement; docket no. 92 | | | | | |
| 15 | Allstate settlement (u) | $0.00 | $313.91 | | $313.91 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 2
Exhibit 8

| Case No.: | 17-04283-LA7 | Trustee Name: | Ronald E. Stadtmueller |
|---|---|---|---|
| Case Name: | GOULD ELECTRIC, INC. | Date Filed (f) or Converted (c): | 07/18/2017 (f) |
| For the Period Ending: | 10/20/2020 | §341(a) Meeting Date: | 08/16/2017 |
| | | Claims Bar Date: | 05/29/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 16  Sale of Remnant Assets, which includes default judgment related to asset no. 13 (u) | $0.00 | $6,000.00 | | $6,000.00 | FA |
| Asset Notes: 4/24/19 NOIA filed to approve sale to Oak Point Partners; docket no. 99 | | | | | |

TOTALS (Excluding unknown value)    **Gross Value of Remaining Assets**
$1,760,567.00     $342,088.38     $106,277.00     $0.00

**Major Activities affecting case closing:**

| Date | Activity |
|---|---|
| 10/20/2020 | new TDR uploaded |
| 09/03/2020 | final distribution checks cut |
| 08/03/2020 | TFR filed, NFR filed |
| 06/12/2020 | up dated TFR and NFR uploaded after amended POC and UST objection |
| 01/31/2020 | FTB annual fee paid |
| 01/15/2020 | Continue to attempt collection from Johnson Controls |
| 08/06/2019 | 5/23/19 Order granting NOIA remnant assets |
| 04/27/2019 | TRUSTEE SELLING REMNANT ASSETS |
| 02/26/2019 | review tax return and write check for $800 to FTB |
| 01/28/2019 | NOIA filed re settlement doc 92 |
| 11/20/2018 | Pridestaff settlement signed |
| 10/02/2018 | Adversary complaints filed against Pridestaff, Johnson controls Fire Protection, and TAG Management |
| 09/17/2018 | Order approving NOIA to settle |
| 08/13/2018 | processed deposit of $15k CHASE |
| 07/16/2018 | returned call of Jessica at US Bank 507-532-8338 re update on disbursement |
| 02/25/2018 | After claims bar date ready for TFR |
| 01/08/2018 | Order approving Abandonment of acct. rec. |
| 01/08/2018 | Debtor COA |
| 12/05/2017 | call to Citizens re bank balance 1-888-323-4732 who referred me to BK Dept 866-676-7459 and left message |
| 10/10/2017 | letters to SCE, CED and First Citizens re refunds/credits |
| 09/26/2017 | met with Ruben and Simon Andrews 619-709-2568 at 12975 Brookprinter place |
| 08/02/2017 | mailed COA |

Initial Projected Date Of Final Report (TFR):  03/03/2021
Current Projected Date Of Final Report (TFR):  03/03/2021

/s/ RONALD E. STADTMUELLER
RONALD E. STADTMUELLER

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 17-04283-LA7 | | | Trustee Name: | Ronald E. Stadtmueller |
|---|---|---|---|---|---|
| Case Name: | GOULD ELECTRIC, INC. | | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***5294 | | | Checking Acct #: | ******4283 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 7/18/2017 | | | Blanket bond (per case limit): | $6,000,000.00 |
| For Period Ending: | 10/20/2020 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/09/2017 | (7) | Southern California Edison | return of funds | 1229-000 | $257.13 | | $257.13 |
| 11/09/2017 | (7) | Airgas | return of deposit/funds | 1229-000 | $297.81 | | $554.94 |
| 11/22/2017 | (7) | Rexel | refund on credit account | 1229-000 | $615.59 | | $1,170.53 |
| 11/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $0.76 | $1,169.77 |
| 12/01/2017 | 3001 | International Sureties, LTD | Bond Payment | 2300-000 | | $0.36 | $1,169.41 |
| 12/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1.73 | $1,167.68 |
| 01/25/2018 | (1) | First citizens Bank | close account #6891 | 1129-000 | $27,273.94 | | $28,441.62 |
| 01/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $9.58 | $28,432.04 |
| 02/28/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $38.15 | $28,393.89 |
| 03/24/2018 | (4) | Biga International LLC | accounts receivable | 1129-000 | $3,891.00 | | $32,284.89 |
| 03/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $43.11 | $32,241.78 |
| 04/02/2018 | (8) | RBTK, LLP | settlement | 1241-000 | $3,500.00 | | $35,741.78 |
| 04/11/2018 | 3002 | Franchise Tax Board | 2018 form 100-ES 0901998 FEIN 953295294 | 2820-000 | | $800.00 | $34,941.78 |
| 04/24/2018 | (9) | SDG&E | return of overpayment | 1290-000 | $2,127.62 | | $37,069.40 |
| 04/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $51.35 | $37,018.05 |
| 05/25/2018 | 3003 | Dale Wojczynski | clean up at GOULD ELECTRIC | 2420-000 | | $200.00 | $36,818.05 |
| 05/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $54.99 | $36,763.06 |
| 06/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $53.03 | $36,710.03 |
| 07/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $54.54 | $36,655.49 |
| 08/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $8.78 | $36,646.71 |
| 08/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($8.78) | $36,655.49 |
| 08/13/2018 | (10) | Chase Bank | payment on preference settlement | 1241-000 | $15,000.00 | | $51,655.49 |
| 08/31/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $903.97 | $50,751.52 |
| 09/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($903.97) | $51,655.49 |
| 09/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $76.78 | $51,578.71 |
| 11/20/2018 | 3004 | International Sureties, LTD | Bond #016067656 | 2300-000 | | $22.58 | $51,556.13 |
| 11/28/2018 | (11) | Pride Staff | payment on settlement | 1241-000 | $3,000.00 | | $54,556.13 |
| 02/21/2019 | (15) | Etter v Allstate Settlement Fund | return of funds | 1221-000 | $313.91 | | $54,870.04 |
| 02/26/2019 | 3005 | Franchise Tax Board | 2019 Form 100-ES #0901998 | 2820-000 | | $800.00 | $54,070.04 |
| 03/20/2019 | (14) | Finch Thornton & Baird | payment on AP Settlement | 1241-000 | $20,000.00 | | $74,070.04 |
| 05/30/2019 | (16) | Oak Point Partners | reminant asset purchase | 1229-000 | $6,000.00 | | $80,070.04 |
| 06/14/2019 | | Etler v Allstate Settlement Fund | return of funds | 1290-000 | $78.56 | | $80,148.60 |
| 06/14/2019 | | Etler v Allstate Settlement Fund | return of funds | 1290-000 | ($78.56) | | $80,070.04 |
| 11/26/2019 | 3006 | International Sureties, LTD | Bond Payment | 2300-000 | | $43.69 | $80,026.35 |
| 01/16/2020 | (12) | Johnson Controls | payment on settlement | 1241-000 | $20,000.00 | | $100,026.35 |
| 01/31/2020 | 3007 | FRANCHISE TAX BOARD | 2020 Form 100-ES #0901998 | 2820-000 | | $800.00 | $99,226.35 |
| | | | SUBTOTALS | | $102,277.00 | $3,050.65 | |

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 17-04283-LA7 | | | Trustee Name: | Ronald E. Stadtmueller |
|---|---|---|---|---|---|
| Case Name: | GOULD ELECTRIC, INC. | | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***5294 | | | Checking Acct #: | ******4283 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 7/18/2017 | | | Blanket bond (per case limit): | $6,000,000.00 |
| For Period Ending: | 10/20/2020 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/29/2020 | 3008 | Ronald E. Stadtmueller | fees and costs per order #126 | * | | $8,967.10 | $90,259.25 |
| | | | Ronald E. Stadtmueller    $(8,363.85) | 2100-000 | | | $90,259.25 |
| | | | Ronald E. Stadtmueller    $(603.25) | 2200-000 | | | $90,259.25 |
| 05/01/2020 | 3009 | SULLIVAN HILL LEWIN REZ & ENGEL, A.P.L.C. | fees and costs per order #128 | * | | $77,681.39 | $12,577.86 |
| | | | $(77,065.50) | 3210-000 | | | $12,577.86 |
| | | | $(615.89) | 3220-000 | | | $12,577.86 |
| 05/01/2020 | 3009 | VOID: SULLIVAN HILL LEWIN REZ & ENGEL, | void | * | | ($77,681.39) | $90,259.25 |
| | | | $77,065.50 | 3210-003 | | | $90,259.25 |
| | | | $615.89 | 3220-003 | | | $90,259.25 |
| 05/01/2020 | 3010 | R. Dean Johnson | fees and costs allowed per order #128 | * | | $7,807.73 | $82,451.52 |
| | | | R. Dean Johnson    $(7,311.00) | 3410-000 | | | $82,451.52 |
| | | | R. Dean Johnson    $(496.73) | 3420-000 | | | $82,451.52 |
| 05/01/2020 | 3011 | SULLIVAN HILL REZ & ENGEL, A.P.L.C. | fees and costs award per order #128 | * | | $77,681.39 | $4,770.13 |
| | | | SULLIVAN HILL REZ & ENGEL, A.P.L.C.    $(77,065.50) | 3210-000 | | | $4,770.13 |
| | | | SULLIVAN HILL REZ & ENGEL, A.P.L.C.    $(615.89) | 3220-000 | | | $4,770.13 |
| 05/08/2020 | 3012 | SULLIVAN HILL REZ & ENGEL, A.P.L.C. | up to fees | 3210-000 | | $1,000.00 | $3,770.13 |
| 06/12/2020 | (13) | TAG Management Inc. | payment on settlement | 1241-000 | $4,000.00 | | $7,770.13 |
| 09/03/2020 | 3013 | Ronald E. Stadtmueller | Trustee Expenses | 2200-000 | | $100.00 | $7,670.13 |
| 09/03/2020 | 3014 | Internal Revenue Service | Account Number: ; Claim #: 17; Dividend: 98.71; Distribution Dividend: 23.09; Amount Allowed: 33,214.27; Amount Claimed: 33,214.27; | 5800-000 | | $7,670.13 | $0.00 |
| | | | TOTALS: | | $106,277.00 | $106,277.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $106,277.00 | $106,277.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $106,277.00 | $106,277.00 | |

| For the period of 7/18/2017 to 10/20/2020 | | For the entire history of the account between 10/10/2017 to 10/20/2020 | |
|---|---|---|---|
| Total Compensable Receipts: | $106,277.00 | Total Compensable Receipts: | $106,277.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $106,277.00 | Total Comp/Non Comp Receipts: | $106,277.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $106,277.00 | Total Compensable Disbursements: | $106,277.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $106,277.00 | Total Comp/Non Comp Disbursements: | $106,277.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 17-04283-LA7 | | Trustee Name: | Ronald E. Stadtmueller |
|---|---|---|---|---|
| Case Name: | GOULD ELECTRIC, INC. | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***5294 | | Checking Acct #: | ******4283 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 7/18/2017 | | Blanket bond (per case limit): | $6,000,000.00 |
| For Period Ending: | 10/20/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $106,277.00 | $106,277.00 | $0.00 |

For the period of 7/18/2017 to 10/20/2020

| Total Compensable Receipts: | $106,277.00 |
|---|---|
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $106,277.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $106,277.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $106,277.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

For the entire history of the case between 07/18/2017 to 10/20/2020

| Total Compensable Receipts: | $106,277.00 |
|---|---|
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $106,277.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $106,277.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $106,277.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ RONALD E. STADTMUELLER

RONALD E. STADTMUELLER